**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

**United States District Court**

Southern _____ District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 8 2014

Caption:

United States of America v.

Mathew Martoma

Docket No.: (S1) 12 Cr. 973 (PGG)

Hon. Paul G. Gardephe

(District Court Judge)

Notice is hereby given that __Mathew Martoma__ appeals to the United States Court of Appeals for the Second Circuit from the judgment __✓__ , other | _____

(specify)

entered in this action on __September 9, 2014__ .

(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |✓| Other |___|

Defendant found guilty by plea | | trial |✓| N/A | .

Offense occurred after November 1, 1987? Yes |✓| No | N/A |

Date of sentence: __September 8, 2014__ N/A |___|

Bail/Jail Disposition: Committed |✓| Not committed | | N/A |

## Surrender Date set for November 10, 2014.

Appellant is represented by counsel? Yes ✓ | No | | If yes, provide the following information:

Defendant's Counsel: __Richard M. Strassberg__

Counsel's Address: __Goodwin Procter LLP, The New York Times Building__

__620 Eighth Avenue, New York, NY 10018-1405__

Counsel's Phone: __212-813-8859__

Assistant U.S. Attorney: __Arlo Devlin-Brown__

AUSA's Address: __One Saint Andrew's Plaza__

__New York, NY 10007__

AUSA's Phone: __212-637-2527__

Signature

## CERTIFICATE OF SERVICE

I hereby certify that, on September 18, 2014, I caused a true and correct copy of the

foregoing Notice of Appeal to be served by hand on counsel for the Government at the address

listed below:

Arlo Devlin-Brown
United States Attorney's Office
One Saint Andrew's Plaza
New York, NY 10007

Richard M. Strassberg

Court Name: District Court
Division: 1
Receipt Number: 465401105454
Cashier ID: Lcurtis
Transaction Date: 09/18/2014
Payer Name: GOODWIN PROCTER LLP

---

NOTICE OF APPEAL/DOCKETING FEE
For: GOODWIN PROCTER LLP
Amount: $505.00

---

CHECK
Check/Money Order Num: 1499
Amt Tendered: $505.00

---

Total Due: $505.00
Total Tendered: $505.00
Change Amt: $0.00

12CR973

# U.S. District Court
## Southern District of New York (Foley Square)
## CRIMINAL DOCKET FOR CASE #: 1:12–cr–00973–PGG All Defendants

Case title: USA v. Martoma
Magistrate judge case number: 1:12–mj–02985–UA

Date Filed: 12/21/2012
Date Terminated: 09/09/2014

Assigned to: Judge Paul G.
Gardephe

**Defendant (1)**

| | |
|---|---|
| **Mathew Martoma**<br>*TERMINATED: 09/09/2014*<br>*also known as*<br>Sealed Defendant 1<br>*TERMINATED: 09/09/2014* | represented by **Charles A. Stillman**<br>Ballard Spahr Stillman &Friedman LLP<br>425 Park Avenue<br>New York, NY 10022<br>212 223 0200<br>Fax: 212 223 1942<br>Email: stillmanc@bssfny.com<br>*TERMINATED: 04/04/2013*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**James Alfred Mitchell**<br>Ballard Spahr Stillman &Friedman LLP<br>425 Park Avenue<br>New York, NY 10022<br>212–223–0200<br>Fax: 212–223–1942<br>Email: mitchellj@bssfny.com<br>*TERMINATED: 04/04/2013*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Daniel Prugh Roeser**<br>Goodwin Procter, LLP(NYC)<br>The New York Times Building, 620 Eighth Avenue<br>New York, NY 10018–1405<br>(212)–813–8800<br>Fax: (212)–355–3333<br>Email: droeser@goodwinprocter.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Derek A. Cohen**<br>Dorsey &Whitney LLP<br>51 West 52nd Street<br>New York, NY 10019<br>212–735–0771<br>Fax: (212) 953–7201<br>Email: dcohen@goodwinprocter.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**John Owen Farley**<br>Goodwin Procter, LLP (Boston) |

53 State Street,Exchange Place
Boston, MA 02109
(617) 570–1983
Fax: (617)–523–1231
Email: jfarley@goodwinprocter.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Larkin M Morton**
Goodwin Procter, LLP(NYC)
The New York Times Building, 620 Eighth Avenue
New York, NY 10018–1405
(212)–459–7257
Fax: (212)–355–3333
Email: lmorton@goodwinprocter.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Richard Mark Strassberg**
Goodwin Procter, LLP(NYC)
The New York Times Building, 620 Eighth Avenue
New York, NY 10018–1405
2128138859
Fax: 2123553333
Email: rstrassberg@goodwinprocter.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Roberto M. Braceras**
Goodwin Procter, LLP (Boston)
53 State Street,Exchange Place
Boston, MA 02109
(617) 570–1000
Fax: (617)–523–1251
Email: rbraceras@goodwinprocter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:371.F CONSPIRACY TO COMMIT SECURITIES FRAUD (1s) | Imprisonment 5 Years. Supervised Release 3 Years. |
| 15:78J.F MANIPULATIVE AND DECEPTIVE DEVICES (SECURITIES FRAUD) (2s–3s) | Imprisonment 9 Years. Supervised Release 3 Years. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18:371.F CONSPIRACY TO COMMIT SECURITIES FRAUD (1) | Dismissed |
| 15:78J.F MANIPULATIVE AND DECEPTIVE DEVICES (SECURITIES FRAUD) (2–3) | Dismissed |

**Highest Offense Level**
**(Terminated)**

Felony

**Complaints**                                              **Disposition**

18:371:CONSPIRACY TO
DEFRAUD THE UNITED
STATES;, 15:78; 17 C.F.R.
240.10b−5:SECURITIES FRAUD.

**Interested Party**

**M.D. Sidney Gilman**                    represented by    **Jonathan Nassau Halpern**
                                                            Bracewell & Giuliani, LLP
                                                            1251 Avenue of the Americas
                                                            49th Floor
                                                            New York, NY 10020
                                                            (212)506−6153
                                                            Fax: (212)938−3853
                                                            Email: jonathan.halpern@bgllp.com
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Marc Lee Mukasey**
                                                            Bracewell & Giuliani, LLP
                                                            1251 Avenue of the Americas
                                                            49th Floor
                                                            New York, NY 10020
                                                            (212)−508−6134
                                                            Fax: (212)−938−3833
                                                            Email: marc.mukasey@bgllp.com
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Shannon B. Wolf**
                                                            Bracewell &Giuliani LLP(Hartford)
                                                            225 Asylum Street
                                                            Hartford, CT 06103
                                                            (860)−256−8558
                                                            Fax: (860)−404−3970
                                                            Email: shannon.wolf@bgllp.com
                                                            *ATTORNEY TO BE NOTICED*

**Interested Party**

**David E. Kaplan**                       represented by    **Ethan David Wohl**
                                                            Wohl &Fruchter LLP
                                                            570 Lexington Avenue, 16th Floor
                                                            New York, NY 10022
                                                            (212) 758−4000
                                                            Fax: (212) 758−4004
                                                            Email: ewohl@wohlfruchter.com
                                                            *ATTORNEY TO BE NOTICED*

**Interested Party**

**Roxy D. Sullivan**                      represented by    **Ethan David Wohl**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Interested Party**

**Lindsey Rankin**                                    represented by   **Ethan David Wohl**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

---

**Interested Party**

**Michael S. Allen**                                  represented by   **Ethan David Wohl**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

---

**Interested Party**

**Chi–Pin Hsu**                                       represented by   **Ethan David Wohl**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

---

**Interested Party**

**University of Michigan**                            represented by   **Anthony Scott Barkow**
                                                                     Jenner &Block LLP (NYC )
                                                                     919 Third Avenue, 37th Floor
                                                                     New York, NY 10022
                                                                     (212)–891–1662
                                                                     Fax: (212)–909–0860
                                                                     Email: abarkow@jenner.com
                                                                     *ATTORNEY TO BE NOTICED*
                                                                     *Designation: Retained*

---

**Plaintiff**

**USA**                                               represented by   **Eugene Edward Ingoglia**
                                                                     United States Attorney Office, SDNY
                                                                     One Saint Andrew's Plaza
                                                                     New York, NY 10007
                                                                     (212)–673–1113
                                                                     Fax: (212)–973–1113
                                                                     Email: eugene.ingoglia@usdoj.gov
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Arlo Devlin–Brown**
                                                                     U.S. Attorney's Office, SDNY (Chambers
                                                                     Street)
                                                                     1 St Andrews Plaza
                                                                     New York, NY 10007
                                                                     (212)–637–2506
                                                                     Fax: (212)–637–2527
                                                                     Email: arlo.devlin–brown@usdoj.gov
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Christine Ingrid Magdo**
                                                                     United States Attorney Office, SDNY
                                                                     One Saint Andrew's Plaza
                                                                     New York, NY 10007
                                                                     212–637–2200
                                                                     Fax: (212) 637–2937
                                                                     Email: christine.magdo@usdoj.gov
                                                                     *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2012 | 0 | Oral Order to Seal Case as to Sealed Defendant 1. (Signed by Magistrate Judge Debra C. Freeman on 11/19/2012)(gq). [1:12−mj−02985−UA] (Entered: 11/20/2012) |
| 11/19/2012 | 1 | SEALED COMPLAINT as to Sealed Defendant 1 (1) in violation of 18 U.S.C. 371; 15 U.S.C. 78j(b), 78ff; 17 C.F.R. 240.10b−5. (Signed by Magistrate Judge Debra C. Freeman) (gq) [1:12−mj−02985−UA] (Entered: 11/20/2012) |
| 11/19/2012 | | Attorney update in case as to Mathew Martoma. Attorney Arlo Devlin−Brown for USA added. (gq). [1:12−mj−02985−UA] (Entered: 11/20/2012) |
| 11/20/2012 | | Arrest of Mathew Martoma in the United States District Court − Southern District of Florida. (gq) [1:12−mj−02985−UA] (Entered: 11/26/2012) |
| 11/20/2012 | | Arrest Warrant Returned Executed on 11/20/2012 as to Mathew Martoma. (gq) [1:12−mj−02985−UA] (Entered: 11/26/2012) |
| 11/20/2012 | 3 | Order to Unseal Case as to Mathew Martoma...that the Complaint in the above−captioned action be unsealed and remain unsealed, pending further order of the Court. (Signed by Magistrate Judge Debra C. Freeman on 11/20/2012)(gq) [1:12−mj−02985−UA] (Entered: 11/20/2012) |
| 11/20/2012 | | Arrest of Mathew Martoma in the United States District Court − Southern District of Florida, West Palm Beach. (gq) [1:12−mj−02985−UA] (Entered: 12/13/2012) |
| 11/26/2012 | | Arrest of Mathew Martoma. (gq) [1:12−mj−02985−UA] (Entered: 11/26/2012) |
| 11/26/2012 | 4 | NOTICE OF ATTORNEY APPEARANCE: Charles A. Stillman, James Alfred Mitchell appearing for Mathew Martoma. (gq) [1:12−mj−02985−UA] (Entered: 11/26/2012) |
| 11/26/2012 | | Minute Entry for proceedings held before Magistrate Judge James L. Cott:Initial Appearance as to Mathew Martoma held on 11/26/2012. Deft appears with atty's Charles Stillman/James Mitchell. AUSA Arlos Devlin−Brown present for the gov't. Agreed conditions of release: $5,000,000 PRB. 3 FRP. Secured by $2,000,000 cash or property. Travel restricted to SDNY, EDNY, Florida (All Districts), District of Massachusetts, District of New Jersey. Surrender travel documents (&no new applications), as well as those of his minor children. Regular pretrial supervision. Deft to be released on own signature as well as his wife's; Remaining conditions to be met by 12/3/12 for 2 other FRP's; 12/10/12 to post cash or property security for bond. ( Preliminary Hearing set for 12/26/2012 at 10:00 AM before Judge Unassigned.) (gq) [1:12−mj−02985−UA] (Entered: 11/26/2012) |
| 11/26/2012 | 5 | PRB APPEARANCE Bond Entered as to Mathew Martoma in amount of $5,000,000. Co−signed by 3 financially responsible person. Secured by $2,000,000 cash or property. Travel restricted to SDNY, EDNY, Florida (All Districts), District of Massachusetts, District of New Jersey. Surrender travel documents (&no new applications), as well as those of his minor children. Regular pretrial supervision. Deft to be released on own signature as well as his wife's; Remaining conditions to be met by 12/3/12 for 2 other FRP's; 12/10/12 to post cash or property security for bond.(gq) [1:12−mj−02985−UA] (Entered: 11/26/2012) |
| 12/13/2012 | 6 | Rule 5(c)(3) Documents Received as to Mathew Martoma from the United States District Court − Southern District of Florida, (West Palm Beach). (gq) [1:12−mj−02985−UA] (Entered: 12/13/2012) |
| 12/21/2012 | 7 | INDICTMENT FILED as to Mathew Martoma (1) count(s) 1, 2−3. (jm) (Entered: 12/26/2012) |
| 12/21/2012 | | Case Designated ECF as to Mathew Martoma. (jm) (Entered: 12/26/2012) |
| 12/21/2012 | 8 | ORDER as to Mathew Martoma. Upon the joint application of Mathew Martoma, by and through Charles Stillman, Esq., and the Government, by and through AUSA Arlo Devlin−Brown, it is hereby ORDERED that the arraignment on the charges contained in the above−captioned indictment returned today occur on January 3, 2013 at 11:30 a.m.... Accordingly, it ORDERED that the time between today's date |

| | | |
|---|---|---|
| | | and January 3, 2013 is hereby excluded under the Speedy Trial Act, 18 U.S.C. Section 3161(h)(7)(A), in the interests of justice. (Signed by Judge Paul G. Gardephe on 12/21/2012)(bw) (Entered: 12/27/2012) |
| 01/03/2013 | | Minute Entry for proceedings held before Judge Paul G. Gardephe: Arraignment as to Mathew Martoma (1) Counts 1,2–3. Defendant Mathew Martoma present with attorneys Charles Stillman and Nathaniel Marmur. AUSA Arlo Devlin–Brown present. Court reporters Bill Richards present. Defendant enters a plea of not guilty to the indictment. Next conference set for 3/5/2013 at 12:30 pm. Speedy trial time is excluded from 1/3/13 until 3/5/2013. Bail continued. (dnd) (Entered: 01/03/2013) |
| 01/03/2013 | 9 | STIPULATED PROTECTIVE ORDER as to Mathew Martoma...regarding procedures to be followed that shall govern the handling of confidential material.... SO ORDERED. (Signed by Judge Paul G. Gardephe on 1/3/2013)(dnd) (Entered: 01/03/2013) |
| 01/31/2013 | 10 | TRANSCRIPT of Proceedings as to Mathew Martoma re: Arraignment held on 1/3/13 before Judge Paul G. Gardephe. Court Reporter/Transcriber: William Richards, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/25/2013. Redacted Transcript Deadline set for 3/7/2013. Release of Transcript Restriction set for 5/6/2013. (Rodriguez, Somari) (Entered: 01/31/2013) |
| 01/31/2013 | 11 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Mathew Martoma. Notice is hereby given that an official transcript of a Arraignment proceeding held on 1/3/13 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Rodriguez, Somari) (Entered: 01/31/2013) |
| 02/22/2013 | 12 | ENDORSED LETTER as to Mathew Martoma addressed to Judge Kimba M. Wood from Nathaniel Z. Marmur dated 2/22/2013 re: to travel with his family to Chicago, Illinois, on February 23 through February 26, 2013, to attend his uncle's funeral on Monday...ENDORSEMENT...SO ORDERED. (Signed by Judge Kimba M. Wood on 2/22/2013)(jw) (Entered: 02/22/2013) |
| 03/05/2013 | | Minute Entry for proceedings held before Judge Paul G. Gardephe: Pretrial Conference as to Mathew Martoma held on 3/5/2013. Government by: Arlo Devlin– Brown present; Defendant: Mathew Martoma present with counsel Charles Stillman &Nathaniel Marmur; Court Reporter: Jennifer Thun and Ann Hairston. Defense motion to be filed by 4/13/2013, Government responses due by 4/27/2013 and Defenses reply to be filed by 5/4/2013. Subsequent conference is set for Wednesday, June 5, 2013 at 12:30pm. Time is excluded from today until 6/5/2013. Bail continued. (jbo) (Entered: 03/05/2013) |
| 03/08/2013 | 13 | ORDER as to Mathew Martoma ( Motions due by 4/15/2013., Defendant Replies due by 5/6/2013., Government Responses due by 4/29/2013, Status Conference set for 6/5/2013 at 12:30 PM in Courtroom 705, 40 Centre Street, New York, NY 10007 before Judge Paul G. Gardephe.) Time excluded from 3/8/13 until 6/5/2013. It is hereby ORDERED that the Government shall produce a bill of particulars in the above captioned matter on March 15, 2013. The following schedule shall apply to any motions regarding the bill of particulars. It is further ORDERED that the parties shall submit a joint letter to the Court on April 5, 2013, providing an update on the status of the production of the hard drive as discussed at the March 5, 2013 status conference. Upon the application of the United States of America, by and through Assistant United States Attorney Arlo Devlin–Brown, and with the consent of Mathew Martoma, by and through his counsel, Charles Stillman, it is hereby ORDERED that the time until June 5, 2013, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.. (Signed by Judge Paul G. Gardephe on 3/8/2013)(jw) (Entered: 03/11/2013) |

| 03/18/2013 | 28 | Letter by USA as to Mathew Martoma addressed to Dear Mr. Marmur from Arlo Devlin–Brown dated 3/15/2013 re: The Government writes in response to your letter of February 22, 2013 (the "February 22 Letter") requesting a bill of particulars pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure. Without conceding that the defense is entitled to additional particulars, the Government voluntarily provides at this time the following information in response to the February 22 Letter. With respect to Count Three, the Government intends to prove that the following trades in Wyeth securities were based in whole or in part on Inside Information. (jw) (Entered: 05/31/2013) |
|---|---|---|
| 03/22/2013 | 14 | SEALED DOCUMENT placed in vault. (mps) (Entered: 03/22/2013) |
| 04/04/2013 | 15 | AFFIDAVIT OF ATTORNEY RICHARD M. STRASSBERG PURSUANT TO LOCAL RULE 1.4 by Mathew Martoma. I am an attorney duly admitted to practice law before the District Court of the Southern District of New York. I am a partner with the law firm of Goodwin Procter LLP, attorneys for defendant Mathew Martoma in the above–captioned action. This case is in currently in its preliminary stages. The United States of America ("USA") filed a complaint on November 19, 2012 and an indictment on December 21, 2012. On January 3, 2013 Mr. Martoma was arraigned, and entered a plea of not guilty to the indictment. Thereafter, a pretrial conference was held on March 5, 2013, and the next conference is scheduled for June 5, 2013. Mr. Martoma has not moved as to the complaint or the indictment, nor has he filed any motions to date. (jw) (Entered: 04/04/2013) |
| 04/04/2013 | 16 | CONSENT ORDER GRANTING SUBSTITUTION OF A ATTORNEY as to Mathew Martoma. Notice is hereby given that subject to approval by the court, Mathew Martoma substitutes Richard M. Strassberg. The substitution of attorney is hereby approved and SO ORDERED. (Signed by Judge Paul G. Gardephe on 4/4/2013)(jw) (Entered: 04/04/2013) |
| 04/04/2013 | | Attorney update in case as to Mathew Martoma. Attorney Richard Mark Strassberg for Mathew Martoma added. Attorney James Alfred Mitchell and Charles A. Stillman terminated (jw) (Entered: 04/04/2013) |
| 04/04/2013 | 17 | NOTICE OF ATTORNEY APPEARANCE: Richard Mark Strassberg appearing for Mathew Martoma. Appearance Type: Retained. (Strassberg, Richard) (Entered: 04/04/2013) |
| 04/04/2013 | 18 | NOTICE OF ATTORNEY APPEARANCE: John Owen Farley appearing for Mathew Martoma. Appearance Type: Retained. (Farley, John) (Entered: 04/04/2013) |
| 04/04/2013 | 19 | NOTICE OF ATTORNEY APPEARANCE: Roberto M. Braceras appearing for Mathew Martoma. Appearance Type: Retained. (Braceras, Roberto) (Entered: 04/04/2013) |
| 04/04/2013 | 20 | NOTICE OF ATTORNEY APPEARANCE: Daniel Prugh Roeser appearing for Mathew Martoma. Appearance Type: Retained. (Roeser, Daniel) (Entered: 04/04/2013) |
| 04/04/2013 | 21 | NOTICE OF ATTORNEY APPEARANCE: Larkin M Morton appearing for Mathew Martoma. Appearance Type: Retained. (Morton, Larkin) (Entered: 04/04/2013) |
| 04/09/2013 | 22 | ENDORSED LETTER as to Mathew Martoma addressed to Judge Paul G. Gardephe from Arlo Devlin–Brown dated 4/5/2013 re: The Government writes with respect to the Court's order dated March 8, 2013 (the "March 8 Order"), which (i) directed the parties to update the Court by April 5, 2013 as to the status of the hard drive issue and (ii) set forth a briefing schedule with respect to any defense motions regarding a bill of particulars. This letter provides an update with respect to the hard drive and proposes a modified schedule (agreed to by the defense) with respect to the matters addressed in the March 8 Order in light of the substitution of defense counsel....ENDORSEMENT....The Application is granted. SO ORDERED. (Signed by Judge Paul G. Gardephe on 4/9/2013)(jw) (Entered: 04/10/2013) |
| 04/29/2013 | 23 | MOTION for Bill of Particulars. Document filed by Mathew Martoma. (Strassberg, Richard) (Entered: 04/29/2013) |

| 04/29/2013 | 24 | MEMORANDUM in Support by Mathew Martoma re 23 MOTION for Bill of Particulars.. (Strassberg, Richard) (Entered: 04/29/2013) |
|---|---|---|
| 04/29/2013 | 25 | DECLARATION of Richard M. Strassberg in Support as to Mathew Martoma re: 23 MOTION for Bill of Particulars.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Strassberg, Richard) (Entered: 04/29/2013) |
| 05/13/2013 | 26 | MEMORANDUM in Opposition by USA as to Mathew Martoma re 23 MOTION for Bill of Particulars.. (Attachments: # 1 Exhibit A)(Devlin−Brown, Arlo) (Entered: 05/13/2013) |
| 05/20/2013 | 27 | REPLY MEMORANDUM OF LAW in Support as to Mathew Martoma re: 23 MOTION for Bill of Particulars.. (Strassberg, Richard) (Entered: 05/20/2013) |
| 06/05/2013 | | Minute Entry for proceedings held before Judge Paul G. Gardephe: Status Conference as to Mathew Martoma held on 6/5/2013. Defendant Martoma present with attorneys Richard M. Strassberg and Roberto Braceras. AUSA Arlo Devlin−Brown present. Court reporter Alena Lynch present. Hearing set for 6/18/13 at 11:00 am. Jury trial set for 11/4/13 at 9:00 am. Speedy trial clock is excluded from 6/5/13 until 11/4/13. Bail continued. (jbo) (Entered: 06/05/2013) |
| 06/05/2013 | 29 | MEMORANDUM OPINION &ORDER: #103280 As to Mathew Martoma re: 23 MOTION for Bill of Particulars filed by Mathew Martoma. Defendant Mathew Martoma is charged with one count of conspiracy to commit securities fraud in violation of 18 U.S.C. § 371 and two counts of securities fraud in violation of 15 U.S.C. §§ 78j(b) and 78ff, 17 C.F.R. § 240.10b−5, and 18 U.S.C. § 2. The gravamen of the Indictment is that from about 2006 through July 2008, Defendant directed trading activity for his hedge fund employer on the basis of material non−public information supplied by a doctor participating in a clinical trial of a drug for use in treating Alzheimers disease. On April 29, 2013, Defendant filed a motion for a bill of particulars pursuant to Federal Rule of Criminal Procedure 7(f). Defendant seeks information regarding the nature and timing of his alleged receipt of, and trades on, inside information, and the identities of all known co−conspirators. (Dkt. No. 23) For the reasons stated below, Defendant's motion for a bill of particulars is granted to the extent that the Government is ordered to identify, by July 31, 2013, all known co−conspirators. No later than thirty days before trial, the Government will identify any co−conspirators that it identified in good faith after July 31,2013. Defendant's motion for a bill of particulars is otherwise denied. The Clerk of the Court is directed to terminate the motion (Dkt. No. 23). (Signed by Judge Paul G. Gardephe on 6/5/2013)(dnd) Modified on 6/12/2013 (jab). (Entered: 06/05/2013) |
| 06/05/2013 | 30 | Letter by USA as to Mathew Martoma addressed to Judge Paul G. Gardephe from Arlo−Devlin−Brown dated 5/28/2013 re: The Government writes to propose a course of action with respect to the decryption of a hard drive provided to the Government by the cooperating witnesses referred to the Indictment (the "CW") previously employed by the University of Michigan. In sum, the parties both respectfully request that the Court set a hearing date on the hard drive issue – either on June 5, 2013, when a pretrial conference in this matter is already scheduled, or some later date convenient for the Court and that the University of Michigan be subpoenaed to appear on that date to provide the decryption key to the hard drive... (dnd) (Entered: 06/06/2013) |
| 06/05/2013 | 31 | ORDER: As to Mathew Martoma. As discussed in open court on June 5, 2013, it is hereby ORDERED that there shall be a hearing regarding the decryption of the Cooperating Witness's hard drive on June 18, 2013 at 11:00 a.m. Any submissions related to the hearing must be filed with the Court and served on all parties by June 14, 2013 at 5:00 p.m. It is further ORDERED that the Government shall produce to Defendant an index of the file names on the Cooperating Witness's hard drive by June 12, 2013. It is further ORDERED that the following schedule shall apply to Defendant's motion to dismiss: 1.Defendant's motion is due June 28, 2013. 2. The Government's response is due July 19,2013. 3. Defendant's reply, if any, is due July 26, 2013. It is further hereby ORDERED that trial will commence on November 4, 2013 at 9:30 a.m. in Courtroom 705 at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York. Any motions in limine, requested voir dire, and requests to charge are due on October 4, 2013. Responsive papers, if any, are |

| | | |
|---|---|---|
| | | due on October 14, 2013. (Signed by Judge Paul G. Gardephe on 6/5/2013)(dnd) (Entered: 06/06/2013) |
| 06/06/2013 | | Set/Reset Deadlines as to Mathew Martoma. Motions in limine due by 10/4/2013. Responses due by 10/14/2013. (dnd) (Entered: 06/06/2013) |
| 06/13/2013 | 32 | TRANSCRIPT of Proceedings as to Mathew Martoma re: Conference held on 6/5/13 before Judge Paul G. Gardephe. Court Reporter/Transcriber: Alena Lynch, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/11/2013. Redacted Transcript Deadline set for 7/18/2013. Release of Transcript Restriction set for 9/16/2013. (Rodriguez, Somari) (Entered: 06/13/2013) |
| 06/13/2013 | 33 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Mathew Martoma. Notice is hereby given that an official transcript of a Conference proceeding held on 6/5/13 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Rodriguez, Somari) (Entered: 06/13/2013) |
| 06/17/2013 | 34 | ENDORSED LETTER as to Mathew Martoma addressed to Judge Paul G. Gardephe from Attorney Richard M. Strassberg dated June 13, 2013 re: Mr. Martoma and the United States Attorney's Office seek an opportunity to brief the issues and hereby request a hearing on them. The parties have agreed that the United States of Michigan need not produce any documents subject to such a claim of privilege until that issue is decided. The parties propose the following briefing scheduled: –Mr. Martoma will submit his opening brief by June 21, 2013. –The United States Attorney's Office will submit its opposition brief by July 3, 2013. –Mr. Martoma will submit his reply brief by July 12, 2013. Mr. Martoma and the United States Attorney's Office will be prepared for a hearing thereafter at the Court's convenice and respectfully request a hearing during the last two weeks of July. ENDORSEMENT: The June 18 Conference and hearing are cancelled. The briefing schedule proposed by the parties is adopted by the Court. Oral argument on Defendant's motion to dismiss and any motion concerning privilege will take place on August 23, 2013 at 10:00 A.M. So Ordered. (Signed by Judge Paul G. Gardephe on 6/14/2013)(bw) (Entered: 06/17/2013) |
| 06/17/2013 | | Terminate Deadlines and Hearings as to Mathew Martoma: Terminated Pretrial Conference / Evidentiary Hearing set for 06/18/2013 before Judge Paul G. Gardephe. (bw) (Entered: 06/17/2013) |
| 06/21/2013 | 35 | MOTION to Compel *the Production of Certain Documents Withheld by the Government or the University of Michigan*. Document filed by Mathew Martoma. (Strassberg, Richard) (Entered: 06/21/2013) |
| 06/21/2013 | 36 | MEMORANDUM in Support by Mathew Martoma re 35 MOTION to Compel *the Production of Certain Documents Withheld by the Government or the University of Michigan*.. (Strassberg, Richard) (Entered: 06/21/2013) |
| 06/21/2013 | 37 | DECLARATION of Richard M. Strassberg in Support as to Mathew Martoma re: 35 MOTION to Compel *the Production of Certain Documents Withheld by the Government or the University of Michigan*.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Strassberg, Richard) (Entered: 06/21/2013) |
| 06/28/2013 | 38 | MOTION to Dismiss *COUNT TWO AND THE CORRESPONDING ALLEGATIONS IN COUNT ONE OF THE INDICTMENT*. Document filed by Mathew Martoma. (Strassberg, Richard) (Entered: 06/28/2013) |
| 06/28/2013 | 39 | MEMORANDUM in Support by Mathew Martoma re 38 MOTION to Dismiss *COUNT TWO AND THE CORRESPONDING ALLEGATIONS IN COUNT ONE OF THE INDICTMENT*.. (Strassberg, Richard) (Entered: 06/28/2013) |

| 06/28/2013 | 40 | DECLARATION of Richard M. Strassberg in Support as to Mathew Martoma re: 38 MOTION to Dismiss *COUNT TWO AND THE CORRESPONDING ALLEGATIONS IN COUNT ONE OF THE INDICTMENT*.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Strassberg, Richard) (Entered: 06/28/2013) |
|---|---|---|
| 07/02/2013 | 41 | ENDORSED LETTER as to Mathew Martoma addressed to Judge Paul G. Gardephe from Arlo Devlin−Brown dated 7/2/2013 re: Reschedule Briefing as to Mathew Martoma( Defendant Replies due by 7/31/2013., Government Responses due by 7/12/2013) Any submission on behalf of Dr. Sid Gilman due on July 17, 2013. Under the revised proposed schedule, briefing would be complete four weeks prior to the August 23 hearing date. (Signed by Judge Paul G. Gardephe on 7/2/2013)(jw) (Entered: 07/03/2013) |
| 07/08/2013 | 42 | Letter by Mathew Martoma addressed to Judge Paul G. Gardephe from Attorney Richard M. Strassberg dated July 3, 2013 re: We write with the consent of the Government and counsel for the University of Michigan to update the Court on the agreement that Mr. Martoma, the United States Attorney's Office, and the University of Michigan have reached concerning the production of electronic documents by the University of Michigan. (bw) (Entered: 07/08/2013) |
| 07/10/2013 | 43 | Letter by Mathew Martoma addressed to Judge Paul G. Gardephe from Anthony S. Barkow dated 7/10/2013 re: We write with the consent of the government and counsel for Mr. Martoma to notify the Court of an agreement counsel have reached with respect to the protections that will apply to materials produced by the University of Michigan to Mr. Martoma pursuant to the terms of the July 3, 2013 letter to the Court from counsel for Mr. Martoma ("Dr. Gilman's Electronic Media"). (jw) (Entered: 07/11/2013) |
| 07/12/2013 | 44 | MEMORANDUM in Opposition by USA as to Mathew Martoma re 35 MOTION to Compel *the Production of Certain Documents Withheld by the Government or the University of Michigan*.. (Devlin−Brown, Arlo) (Entered: 07/12/2013) |
| 07/12/2013 | 45 | DECLARATION of Arlo Devlin−Brown in Opposition by USA as to Mathew Martoma re: 35 MOTION to Compel *the Production of Certain Documents Withheld by the Government or the University of Michigan*.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Devlin−Brown, Arlo) (Entered: 07/12/2013) |
| 07/17/2013 | 46 | MOTION to Intervene., MOTION for Protective Order. Document filed by Sidney Gilman as to Mathew Martoma. (Mukasey, Marc) (Entered: 07/17/2013) |
| 07/17/2013 | 47 | MEMORANDUM in Support by Sidney Gilman as to Mathew Martoma re 46 MOTION to Intervene. MOTION for Protective Order.. (Mukasey, Marc) (Entered: 07/17/2013) |
| 07/17/2013 | 48 | DECLARATION of Sidney Gilman in Support by Sidney Gilman as to Mathew Martoma re: 46 MOTION to Intervene. MOTION for Protective Order.. (Mukasey, Marc) (Entered: 07/17/2013) |
| 07/17/2013 | 49 | DECLARATION of Marc L. Mukasey in Support by Sidney Gilman as to Mathew Martoma re: 46 MOTION to Intervene. MOTION for Protective Order.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Mukasey, Marc) (Entered: 07/18/2013) |
| 07/19/2013 | 50 | NOTICE OF ATTORNEY APPEARANCE Eugene Edward Ingoglia appearing for USA. (Ingoglia, Eugene) (Entered: 07/19/2013) |
| 07/19/2013 | 51 | MEMORANDUM in Opposition by USA as to Mathew Martoma re 38 MOTION to Dismiss *COUNT TWO AND THE CORRESPONDING ALLEGATIONS IN COUNT ONE OF THE INDICTMENT*.. (Ingoglia, Eugene) (Entered: 07/19/2013) |
| 07/22/2013 | 52 | MOTION to File Amicus Brief by Ethan D Wohl. Document filed by Chi−Pin Hsu, Michael S. Allen, Lindsey Rankin, Roxy D. Sullivan, David E. Kaplan as to Mathew Martoma. (Attachments: # 1 Exhibit Proposed Amici Curiae Brief)(Wohl, Ethan) (Entered: 07/22/2013) |

| 07/22/2013 | 53 | MEMORANDUM in Support by Chi–Pin Hsu, Michael S. Allen, Lindsey Rankin, Roxy D. Sullivan, David E. Kaplan as to Mathew Martoma re 52 MOTION to File Amicus Brief by Ethan D Wohl.. (Wohl, Ethan) (Entered: 07/22/2013) |
|---|---|---|
| 07/22/2013 | 54 | DECLARATION of Ethan D. Wohl in Support by Chi–Pin Hsu, Michael S. Allen, Lindsey Rankin, Roxy D. Sullivan, David E. Kaplan as to Mathew Martoma re: 52 MOTION to File Amicus Brief by Ethan D Wohl.. (Attachments: # 1 Exhibit A)(Wohl, Ethan) (Entered: 07/22/2013) |
| 07/26/2013 | 55 | REPLY MEMORANDUM OF LAW in Support as to Mathew Martoma re: 38 MOTION to Dismiss *COUNT TWO AND THE CORRESPONDING ALLEGATIONS IN COUNT ONE OF THE INDICTMENT*.. (Strassberg, Richard) (Entered: 07/26/2013) |
| 07/31/2013 | 56 | REPLY MEMORANDUM OF LAW in Support as to Mathew Martoma re: 35 MOTION to Compel *the Production of Certain Documents Withheld by the Government or the University of Michigan*.. (Strassberg, Richard) (Entered: 07/31/2013) |
| 07/31/2013 | 57 | DECLARATION of Richard M. Strassberg in Support as to Mathew Martoma re: 35 MOTION to Compel *the Production of Certain Documents Withheld by the Government or the University of Michigan*.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Strassberg, Richard) (Entered: 07/31/2013) |
| 08/16/2013 | 58 | ENDORSED LETTER as to Mathew Martoma addressed to Judge Paul G. Gardephe from Attorney Richard M. Strassberg dated August 14, 2013 re: The defense requests that the Court modify Mr. Mathew Martoma's conditions of release to permit him to travel on August 30, 2013 from Florida to Denver, Colorado by air, then by automobile from Denver to Pennington County, South Dakota to visit Mount Rushmore, returning to Florida by air on or before September 8, 2013. ENDORSEMENT: SO ORDERED this 16th day of August 2013. (Signed by Judge Paul G. Gardephe on 8/16/2013)(bw) (Entered: 08/16/2013) |
| 08/21/2013 | 59 | ENDORSED LETTER as to Mathew Martoma addressed to Judge Paul G. Gardephe from Richard M. Strassberg dated 8/15/2013 re: We write with the consent of the United States Attorney's Office for the Southern District of New York to seek the Court's leave to make a production of documents covered by the Protective Order in this case. Accordingly, pursuant to Paragraph 1 of the Protective Order, Mr. Martoma, with the consent of the USAO, seeks relief to allow the production set forth in the Kaplan Stipulation. It is understood that any such relief would be limited and that the Kaplan plaintiffs would be strictly bound to the terms of the Protective Order, consistent with paragraph 3 which provides that recipients of confidential information "shall be subject to the terms of this Order." (Signed by Judge Paul G. Gardephe on 8/21/2013)(jw) (Entered: 08/22/2013) |
| 08/21/2013 | 60 | ORDER GRANTING MOTION OF DAVID E. KAPLAN, ROXY D. SULLIVAN, LINDSEY RANKIN, MICHAEL S. ALLEN, AND CHI–PIN HSU FOR LEAVE TO FILE A BRIEF AS AMICI CURIAE as to Mathew Martoma re: 52 MOTION to File Amicus Brief by Ethan D Wohl. filed by Roxy D. Sullivan, David E. Kaplan, Chi–Pin Hsu, Lindsey Rankin, Michael S. Allen. Upon consideration of the Motion of David E. Kaplan, Roxy D. Sullivan, Lindsey Rankin, Michael S. Allen, and Chi–Pin Hsu for Leave to File a Brief as Amici Curiae, dated July 22, 2013 [ECF No. 52], the motion is hereby GRANTED. The proposed amici curiae brief, annexed to the Motion, shall hereby be deemed FILED. The CLerk of Court is directed to terminate the motion (Dkt. No. 52). SO ORDERED. (Signed by Judge Paul G. Gardephe on 8/21/2013)(bw) (Entered: 08/22/2013) |
| 08/22/2013 | 61 | (S1) SUPERSEDING INDICTMENT FILED as to Mathew Martoma (1) count(s) 1s, 2s–3s. (jm) (Entered: 08/22/2013) |
| 08/23/2013 | 62 | MEMORANDUM OPINION &ORDER: As to Mathew Martoma re: 46 MOTION to Intervene. Defendant Mathew Martoma has moved to compel the Government and/or the University of Michigan to produce certain documents associated with |

| | | |
|---|---|---|
| | | Dr. Sidney Gilman, a cooperating witness. (Dkt. No. 35) These materials have been withheld on the basis of a claim of attorney–client privilege. The Government has opposed Defendants motion. (Dkt. No. 44) Dr. Gilman has moved to intervene to oppose Defendants motion, and he seeks a protective order barring the production of the allegedly privileged materials. (Dkt. No. 46)... For the reasons stated above, the Government lacks standing to oppose Defendant's motion to compel. Dr. Gilman's motion to intervene to oppose Defendant's motion to compel is granted. SO ORDERED. (Signed by Judge Paul G. Gardephe on 8/23/2013)(dnd) (Entered: 08/23/2013) |
| 08/23/2013 | | Minute Entry for proceedings held before Judge Paul G. Gardephe: Arraignment as to Mathew Martoma (1) Count 1s,2s–3s. Defendant present with attorneys Richard Strassberg and Roberto Braceras. AUSAs Arlo Devlin Born and Eugene Ingoglia present. Marc Mukaey and Johnathan Halpern present for Intervenor Sidney Gilman. Ethan Wohl present for Amici. Court reporter Ann Hairston present Defendant is arraigned and pleads not guilty to S1 indictment. Bail continued. (dnd) (Entered: 08/27/2013) |
| 08/26/2013 | 63 | ENDORSED LETTER as to Mathew Martoma addressed to Judge Paul G. Gardephe from AUSA Arlo Devlin–Brown dated August 15, 2013 re: In order to satisfy its discovery obligations in the above–referenced matter, the Government respectfully requests leave to provide the defendant with sealed applications and orders relating to historical cell site data because the data obtained pursuant to these orders may be offered as evidence at trial. These cell site applications –– which were sealed by United States magistrate judges and remain sealed due to ongoing investigations –– are captioned 13 Mag. 0260 and 13 Mag. 362. If approved, the Government would produce these otherwise sealed materials pursuant to the protective order entered in this case. ENDORSEMENT: SO ORDERED. (Signed by Judge Paul G. Gardephe on 8/23/2013)(bw) (Entered: 08/26/2013) |
| 09/06/2013 | 64 | ENDORSED LETTER as to Mathew Martoma addressed to Judge Paul G. Gardephe from Roberto M. Braceras dated 9/5/2013 re: We respectfully request one week to respond to Dr. Gilman's letter, which would set Mr. Martoma's response due on Wednesday, September 11, 2013..ENDORSEMENT: The Application is granted. SO ORDERED. (Signed by Judge Paul G. Gardephe on 9/5/2013)(jw) (Entered: 09/06/2013) |
| 09/20/2013 | 65 | ORDER as to Mathew Martoma ( Status Conference set for 9/24/2013 at 12:30 PM in Courtroom 705, 40 Centre Street, New York, NY 10007 before Judge Paul G. Gardephe.) It is hereby ORDERED that there shall be a conference in this matter on September 24, 2013 at 12:30 p.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007. (Signed by Judge Paul G. Gardephe on 9/20/2013)(jw) (Entered: 09/20/2013) |
| 09/23/2013 | 66 | LETTER by Mathew Martoma addressed to Judge Paul G. Gardephe from Attorney Richard M. Strassberg dated August 29, 2013 re: We write on behalf of Mathew Martoma to provide the Court with an update on scheduling matters discussed during the June 5, 2013 and August 23, 2013 court conferences and to request an adjournment of the November 4, 2013 trial date. We respectfully request that this Court order an adjournment of the trial date to February 2014. (bw) (Entered: 09/24/2013) |
| 09/23/2013 | 67 | LETTER by USA as to Mathew Martoma addressed to Judge Paul G. Gardephe from AUSAs Arlo Devlin–Brown, Eugene Ingoglia, dated August 30, 2013 re: The Government writes with respect to the adjournment request submitted yesterday, August 29, 2013, by the defendant. The Government requests, for the reasons set forth herein, that the Court defer ruling on the adjournment request until there is a greater degree of certainty that the trial in United States v. Countrywide Financial Corp. et al., 12 Civ. 1422 (S.D.N.Y.)(JSR)(hereinafter, Countrywide) will proceed on September 23, 2013 as planned. If the Countrywide case does proceed to trial as scheduled, the Government would not object to a short adjournment, but submits that the three–month adjournment requested by the defendant is unwarranted. Document filed by USA. (bw) (Entered: 09/24/2013) |

| 09/23/2013 | 68 | LETTER by Mathew Martoma addressed to Judge Paul G. Gardephe from Attorney Richard M. Strassberg dated September 10, 2013 re: I write to update the Court on a minor change in schedule in the Countrywide matter before Judge Rakoff, and to respond to certain points made by the Government in opposition to Mr. Martoma's request for an adjournment of his November 4, 2013, trial date. Judge Rakoff has ordered the Countrywide trial to begin on September 24, 2013, as opposed to the original date of September 23, 2013. (bw) (Entered: 09/24/2013) |
|---|---|---|
| 09/23/2013 | 69 | LETTER by Mathew Martoma addressed to Judge Paul G. Gardephe from Attorney Richard M. Strassberg dated September 18, 2013 re: I write again to update the Court on the status of the Countrywide matter before Judge Rakoff, and to renew Mr. Martoma's request for an adjournment of his November 4, 2013 trial date. We continue to request an adjournment of the trial date until February 2014. (bw) (Entered: 09/24/2013) |
| 09/24/2013 | 70 | POST–INDICTMENT CONSENSUAL PROTECTIVE ORDER PURSUANT TO 18 U.S.C. SECTION 981, 28 U.S.C. SECTION 2461, AND 21 U.S.C. SECTION 853 as to (S1–12–Cr–973–01) Mathew Martoma. WHEREAS, on August 22, 2013, a Grand Jury sitting in the Southern District of New York returned a superseding indictment, Sl 12 Cr. 973, in which, inter alia, the following specific assets are identified as forfeitable: (i) the real property and appurtenances, with all improvements and attachments thereon, located at 2464 W. Maya Palm Drive, Boca Raton, Florida, more particularly described as Parcel ID 06–43–47–29–10–005–0020; (ii) up to $3,246,320.62 in funds on deposit in account number 1512369446 at American Express Bank, held in the name of Mathew C. Martoma; (iii) up to $245,000 in funds on deposit in account number 146674626 at ING Direct, held in the name of Rosemary Martoma; and (iv) up to $934,897.77 in funds or other assets in account number 88047594915 at Vanguard, held in the name of Mathew and Rosemary Martoma Foundation (the "Subject Assets");...[See Protective Order]... NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, PURSUANT TO 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(e), THAT: 1. The Defendant, and his attorneys, agents, spouse and other family members, and anyone on his behalf, and all persons or entities acting in concert or in participation with any of the above, and all persons and entities having actual knowledge of this Order, shall not take any action prohibited by this Order. 2. The Defendant, his attorneys, agents, spouse and other family members, and anyone acting on his behalf, and all persons or entities acting in concert or in participation with any of the above, all relevant financial institutions, and all persons and entities having actual knowledge of this Order, shall not directly or indirectly transfer, sell, assign, pledge, distribute, hypothecate, encumber, attach, or dispose of in any manner; cause to be transferred, sold, assigned, pledged, distributed, hypothecated, encumbered, attached, or disposed of in any manner; or take, or cause to be taken, any action that would have the effect of depreciating, damaging, or in any way diminishing the value of the Subject Assets; or use or permit the Subject Assets to be used for any illegal activities. 3. The Defendant and any other owners of the Subject Assets shall maintain the present condition of the properties included in the Subject Assets, including timely payment of all mortgages, insurance, utilities, taxes, and assessments until further notice of this Court. 4. Upon request by the Government, the above identified financial institutions will identify the account name, account number, and signatories for the bank accounts included in the Subject Assets and provide the Government with monthly statements of the bank accounts and the balance in those accounts. 5. This Order shall be binding upon the Defendant, his attorneys, agents, spouse and other family members, and anyone acting on his behalf, and all persons or entities acting in concert or in participation with any of the above, and all persons and entities having actual knowledge of this Order, and that this Order shall remain in effect until further order of this Court. SO ORDERED: Signed by Judge Paul G. Gardephe on 9/24/2013)(bw) (Entered: 09/24/2013) |
| 09/24/2013 | 71 | LETTER by Mathew Martoma addressed to Judge Paul G. Gardephe from Richard M. Strassberg dated August 27, 2013 re: United States v. Martoma No. 12 CR. 973 (Strassberg, Richard) (Entered: 09/24/2013) |
| 09/24/2013 | | Minute Entry for proceedings held before Judge Paul G. Gardephe:Status Conference as to Mathew Martoma held on 9/24/2013. Status conference held. |

| | | Defendant Mathew Martoma present with attorneys Richard Strassberg and Roberto Braceras. AUSAs Arlo Devlin–Brown and Eugene Ingoglia present. Court reporter Alena Lynch present. Jury Trial adjourned to 1/6/14 at 9:30 am. Speedy trial time is excluded from 9/24/13 until 1/6/2014. Bail continued. (ajc) (Entered: 09/24/2013) |
|---|---|---|
| 09/24/2013 | | ORAL ORDER as to Mathew Martoma: Time excluded from 9/24/2013 until 1/6/2014. As to Mathew Martoma( Jury Trial set for 1/6/2014 at 09:30 AM before Judge Paul G. Gardephe.) (Signed by Judge Paul G. Gardephe on 9/24/2013)(ajc) (Entered: 09/24/2013) |
| 09/24/2013 | 72 | LETTER by Mathew Martoma addressed to Judge Paul G. Gardephe from Marc L. Mukasey dated 8/26/2013 re: We respectfully submit this letter to the Court on behalf of Sidney Gilman, M.D., third–party intervenor, to, provide the information that the Court requested at the conference on August 23rd, in connection with Dr. Gilman's motion for a protective order for privileged and protected communications. We respectfully request that Your Honor's Order to the University of Michigan encompass the time period of May 15, 2002 to November 2012, when Dr. Gilman retired from the University and returned its electronic devices to the University in accordance with its demand. We also understand that in approximately 2008 and perhaps as late as 2010 and at other times since then – the University issued different electronic devices to Dr. Gilman and other University faculty. (jw) (Entered: 09/24/2013) |
| 09/24/2013 | 73 | LETTER by Mathew Martoma addressed to Judge Paul G. Gardephe from Marc L. Mukasey dated 9/4/2013 re: We respectfully submit this letter to the Court on behalf of Sidney Gilman, M.D" third–party intervenor, to supplement our previous submission and inform the Court of additional facts relevant to Dr. Gilman's Motion for a Protective Order [Dkt. No. 46]. In accordance with honoring and adhering to those principles, Justice Department policy mandates that "prosecutors should not ask for such waivers and are directed not to do so." Id Similarly; the SEC Enforcement Manual makes clear the SEC's recognition of and adherence to the principles that shield attorney–client communications and attorney work product. See SEC Enf. Man. 3.2.1,4.1.1,4.1.2,4.3 (jw) (Entered: 09/24/2013) |
| 09/24/2013 | 74 | LETTER by Mathew Martoma addressed to Judge Paul G. Gardephe from Richard M. Strassberg dated 9/11/2013 re: We write on behalf ofMathew Martoma in response to the letter that Dr. Sidney Gilman sent on September 4, 2013, "to supplement [his] previous submission and inform the Court of additional facts relevant to Dr. Gilman's Motion for a Protective Order" (the "September 4 Letter"). In an attempt to save his arguments that he (1) had a reasonable expectation of privacy when he turned over his Electronic Medial both to the Government and to the University of Michigan in the summer and fall of 2012, respectively, and (2) did not waive any privileges by doing so, Dr. Gilman presents additional "facts" to this Court for the very first time. Those facts, however, are entirely irrelevant to the Motion to Compel. This Court should reject Dr. Gilman's last–ditch attempt to save his privilege claims for the following separate and independent reasons (jw) (Entered: 09/24/2013) |
| 09/24/2013 | 75 | ORDER as to Mathew Martoma. Defendant Mathew Martoma is charged with one count of conspiracy to commit securities fraud and two substantive counts of securities fraud. (Superseding Indictment (Dkt. No. 61)) The Superseding Indictment alleges that Martoma traded securities on the basis of inside information received from, inter alia, Sidney Gilman, M.D. (See Superseding Indictment 10–11,13–14,18–19; Gilman Br. (Dkt. No. 47) at 1) Dr. Gilman has entered into a cooperation agreement with the Government and is expected to be a critical witness at trial. Accordingly, the University of Michigan is hereby ORDERED to produce any and all University policies that govern or relate to: (I) the ownership of the electronic devices issued by the University to Dr. Gilman, and emails transmitted by Dr. Gilman via the University system or stored on University–issued electronic devices; (2) permissible uses for Dr. Gilman's University–issued electronic devices and the University email system; (3) the University's policies regarding monitoring use of University–issued electronic devices and the University email system; (4) any third–party right of access to Dr. Gilman's University–issued electronic devices and the University email system; and (5) Dr. Gilman's privacy rights in connection with communications stored on University–issued devices and/or sent |

| | | |
|---|---|---|
| | | over the University email system. The University of Michigan is further ORDERED to produce any and all notices provided or made available in any form to Dr. Gilman about the foregoing policies, and any acknowledgment he made of these polices. The University's production shall include, but is not limited to, relevant portions of: (1) any written agreement between the University and Dr. Gilman; (2) University codes of conduct; (3) University employee handbooks; (4) University privacy policies; and (5) instructions and guidance issued along with or in connection with Dr. Gilman's use of University–issued electronic devices, or in connection with his use of the University's email system. The University's production to the Court and the parties shall be completed by October 10, 2013. The production shall be made in the form of an affidavit with the relevant documents attached as exhibits. The affidavit and exhibits should be filed on ECF, and one courtesy copy should be delivered to Chambers in accordance with the Court's Individual Rules of Practice. (Signed by Judge Paul G. Gardephe on 9/24/2013)(jw) (Entered: 09/24/2013) |
| 09/25/2013 | 76 | ORDER as to Mathew Martoma (Responsive due by 12/20/2013) It is hereby ORDERED that jury selection in this matter will commence on January 6, 2014 at 9:30 a.m. in Courtroom 705 at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York. Opening statements will commence on January 13, 2014 at 9:30 a.m. Any motions in limine, requested voir dire, and requests to charge are due on December 6, 2013. Responsive papers, if any, are due on December 20, 2013. (Signed by Judge Paul G. Gardephe on 9/25/2013)(jw) (Entered: 09/25/2013) |
| 10/03/2013 | 77 | TRANSCRIPT of Proceedings as to Mathew Martoma re: Conference held on 9/24/13 before Judge Paul G. Gardephe. Court Reporter/Transcriber: Alena Lynch, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/28/2013. Redacted Transcript Deadline set for 11/7/2013. Release of Transcript Restriction set for 1/4/2014. (Rodriguez, Somari) (Entered: 10/03/2013) |
| 10/03/2013 | 78 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Mathew Martoma. Notice is hereby given that an official transcript of a Conference proceeding held on 9/24/13 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Rodriguez, Somari) (Entered: 10/03/2013) |
| 10/04/2013 | 79 | ENDORSED LETTER as to Mathew Martoma addressed to Judge Paul G. Gardephe from Anthony S. Barkow dated 10/2/2013 re: Accordingly, I hereby respectfully request that the University be granted an extension of two weeks, until October 24, 2013, to comply with the September 24 Order..ENDORSEMENT: The Application is granted. SO ORDERED. (Signed by Judge Paul G. Gardephe on 10/3/2013)(jw) (Entered: 10/04/2013) |
| 10/04/2013 | 80 | MOTION for Roberto M. Braceras to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–8942941. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Mathew Martoma. (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order)(Braceras, Roberto) (Entered: 10/04/2013) |
| 10/04/2013 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 80 MOTION for Roberto M. Braceras to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–8942941. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 10/04/2013) |
| 10/10/2013 | 81 | ORDER Admitting Counsel Pro Hac Vicegranting 80 Motion for Roberto M. Braceras to Appear Pro Hac Vice as to Mathew Martoma (1). The motion of Roberto M. Braceras, for admission to practice pro hac vice in the above–captioned action is granted. IT IS HEREBY ORDERED that Roberto M. Braceras is admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys |

| | | |
|---|---|---|
| | | appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Paul G. Gardephe on 10/10/2013) (jw) (Entered: 10/10/2013) |
| 10/10/2013 | | Attorney update in case as to Mathew Martoma. (jw) (Entered: 10/10/2013) |
| 10/24/2013 | 82 | ENDORSED LETTER as to Mathew Martoma addressed to Judge Paul G. Gardephe from Anthony S. Barkow dated 10/24/2013 re: Pursuant to the Court's September 24, 2013 Order, and the extension that your Honor subsequently granted the University, the University is required to electronically file certain documents by today... Accordingly, we hereby respectfully request that the Court add the University as a party to the above–referenced matter on ECF, so that the University may comply with the Court's Order. ENDORSEMENT: The University Of Michigan is hereby added to this case as an interested party. SO ORDERED. (Signed by Judge Paul G. Gardephe on 10/24/2013)(dnd) (Entered: 10/24/2013) |
| 10/24/2013 | 83 | DECLARATION of Anthony S. Barkow by University of Michigan as to Mathew Martoma re: 75 Order,,,,,,,,,. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W)(Barkow, Anthony) (Entered: 10/24/2013) |
| 10/24/2013 | 84 | DECLARATION of Kara Morgenstern by University of Michigan as to Mathew Martoma re: 75 Order,,,,,,,,,. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W)(Barkow, Anthony) (Entered: 10/24/2013) |
| 10/24/2013 | 85 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** DECLARATION of Kara Morgenstern by University of Michigan as to Mathew Martoma re: 75 Order,,,,,,,,,. / *Exhibit X to the Declaration of Kara Morgenstern* (Attachments: # 1 Exhibit X – Pt. 1, # 2 Exhibit X – Part 2A, # 3 Exhibit X – Part 2B, # 4 Exhibit X – Part 3, # 5 Exhibit X – Part 4, # 6 Exhibit X – Part 5, # 7 Exhibit X – Part 6)(Barkow, Anthony) Modified on 10/25/2013 (ka). (Entered: 10/24/2013) |
| 10/24/2013 | 86 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** DECLARATION of Kara Morgenstern by University of Michigan as to Mathew Martoma re: 75 Order,,,,,,,,,. / *Exhibit Y to the Declaration of Kara Morgenstern* (Attachments: # 1 Exhibit Y – Part 1, # 2 Exhibit Y – Part 2, # 3 Exhibit Y – Part 3, # 4 Exhibit Y – Part 4, # 5 Exhibit Y – Part 5)(Barkow, Anthony) Modified on 10/25/2013 (ka). (Entered: 10/24/2013) |
| 10/24/2013 | 87 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** DECLARATION of Kara Morgenstern by University of Michigan as to Mathew Martoma re: 75 Order. / *Exhibit Z to the Declaration of Kara Morgenstern* (Attachments: # 1 Exhibit Z – Part 1, # 2 Exhibit Z – Part 2, # 3 Exhibit Z – Part 3, # 4 Exhibit Z – Part 4, # 5 Exhibit Z – Part 5)(Barkow, Anthony) Modified on 10/25/2013 (ka). (Entered: 10/24/2013) |
| 10/24/2013 | 88 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** DECLARATION of Kara Morgenstern by University of Michigan as to Mathew Martoma re: 75 Order. / *Exhibits AA through KK of the Declaration of Kara Morgenstern* (Attachments: # 1 Exhibit AA, # 2 Exhibit BB, # 3 Exhibit CC – Part 1, # 4 Exhibit CC – Part 2, # 5 Exhibit CC – Part 3, # 6 Exhibit CC – Part 4, # 7 Exhibit CC – Part 5, # 8 Exhibit CC – Part 6, # 9 Exhibit CC – Part 7, # 10 Exhibit CC – Part 8, # 11 Exhibit CC – Part 9, # 12 Exhibit DD, # 13 Exhibit EE, # 14 Exhibit FF, # 15 Exhibit GG, # 16 Exhibit HH, # 17 Exhibit II, # 18 Exhibit JJ, # 19 Exhibit KK)(Barkow, Anthony) Modified on 10/25/2013 (ka). (Entered: 10/24/2013) |
| 10/25/2013 | | **NOTE TO ATTORNEY TO RE–FILE DOCUMENT – DOCUMENT TYPE ERROR. Note to Attorney Anthony Scott Barkow as to Mathew Martoma: to** |

| | | **RE–FILE Document 87 Declaration, 88 Declaration, 86 Declaration, 85 Declaration. Use the document type Exhibit List found under the document list Trial Documents. (ka)** (Entered: 10/25/2013) |
|---|---|---|
| 10/25/2013 | 89 | EXHIBIT LIST by University of Michigan as to Mathew Martoma. (Attachments: # 1 Exhibit X – Part 2, # 2 Exhibit X – Part 3, # 3 Exhibit X – Part 4, # 4 Exhibit Y – Part 1, # 5 Exhibit Y – Part 2, # 6 Exhibit Y – Part 3, # 7 Exhibit Y – Part 4, # 8 Exhibit Y – Part 5, # 9 Exhibit Z – Part 1, # 10 Exhibit Z – Part 2, # 11 Exhibit Z – Part 3, # 12 Exhibit Z – Part 4, # 13 Exhibit Z – Part 5, # 14 Exhibit AA, # 15 Exhibit BB, # 16 Exhibit CC – Part 1, # 17 Exhibit CC – Part 2, # 18 Exhibit CC – Part 3, # 19 Exhibit CC – Part 4, # 20 Exhibit CC – Part 5, # 21 Exhibit CC – Part 6, # 22 Exhibit CC – Part 7, # 23 Exhibit CC – Part 8, # 24 Exhibit CC – Part 9, # 25 Exhibit DD, # 26 Exhibit EE, # 27 Exhibit FF, # 28 Exhibit GG, # 29 Exhibit HH, # 30 Exhibit II, # 31 Exhibit JJ, # 32 Exhibit KK)(Barkow, Anthony) (Entered: 10/25/2013) |
| 10/30/2013 | 90 | LETTER by Mathew Martoma addressed to Judge Paul G. Gardephe from Richard M. Strassberg dated October 30, 2013 re: October 24, 2013 University of Michigan Production (Strassberg, Richard) (Entered: 10/30/2013) |
| 10/31/2013 | 91 | LETTER by Sidney Gilman as to Mathew Martoma addressed to Judge Paul G. Gardephe from Jonathan N. Halpern dated October 31, 2013 re: scheduling Sidney Gilman's response. Document filed by Sidney Gilman. (Halpern, Jonathan) (Entered: 10/31/2013) |
| 10/31/2013 | 92 | MEMO ENDORSEMENT As to Mathew Martoma. We respectfully submit this letter to the Court on behalf of Sidney Gilman, M.D., third–party intervenor, in the above–referenced action to respectfully respect the opportunity until one week from today, November 7, 2013, to submit a response to the Court on behalf of Dr. Gilman. ENDORSEMENT:The application is granted. SO ORDERED. (Signed by Judge Paul G. Gardephe on 10/31/2013)(dnd) (Entered: 11/01/2013) |
| 11/07/2013 | 93 | LETTER by Sidney Gilman as to Mathew Martoma addressed to Judge Paul G. Gardephe from Jonathan Halpern dated 11/07/2013 re: In response to Defendant Mathew Martoma's October 30, 2013 letter. Document filed by Sidney Gilman. (Attachments: # 1 Affidavit Declaration of Robert S. Frenchman.)(Halpern, Jonathan) (Entered: 11/07/2013) |
| 11/13/2013 | 94 | ORDER: As to Mathew Martoma It is hereby ORDERED that jury selection will begin on January 6, 2014 at 9:30 a.m. in Courtroom 705 at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York. Opening statements and the presentation of evidence previously scheduled to begin on January 13,2014 will now commence immediately after the completion of jury selection. SO ORDERED. (Signed by Judge Paul G. Gardephe on 11/12/2013)(dnd) (Entered: 11/13/2013) |
| 11/14/2013 | 95 | LETTER by Mathew Martoma addressed to Judge Paul G. Gardephe from Richard M. Strassberg dated November 14, 2013 re: Sidney Gilman's letter dated November 7, 2013 (Strassberg, Richard) (Entered: 11/14/2013) |
| 11/15/2013 | 96 | LETTER MOTION addressed to Judge Paul G. Gardephe from Richard M. Strassberg dated November 15, 2013 re: request that the trial be adjourned to January 21, 2014 (or any date thereafter convenient for this Court). Document filed by Mathew Martoma. (Strassberg, Richard) (Entered: 11/15/2013) |
| 11/18/2013 | 97 | ORDER denying 96 LETTER MOTION for Adjournment of Trial as to Mathew Martoma (1). The application is denied. The Clerk of Court will terminate the motion. (Signed by Judge Paul G. Gardephe on 11/15/2013) (dnd) (Entered: 11/18/2013) |
| 11/18/2013 | 98 | LETTER by University of Michigan as to Mathew Martoma addressed to Judge Paul G. Gardephe from Anthony S. Barkow dated November 14, 2013 re: the letter to the Court submitted by Dr. Sidney Gilman on November 7, 2013 Document filed by University of Michigan. (Barkow, Anthony) (Entered: 11/18/2013) |
| 11/26/2013 | 99 | LETTER by Mathew Martoma addressed to Judge Paul G. Gardephe from Richard M. Strassberg dated November 26, 2013 re: Stipulated Protective Order |

| | | |
|---|---|---|
| | | (Attachments: # 1 Proposed Order)(Strassberg, Richard) (Entered: 11/26/2013) |
| 12/06/2013 | 100 | FIRST MOTION in Limine. Document filed by USA as to Mathew Martoma. (Ingoglia, Eugene) (Entered: 12/06/2013) |
| 12/06/2013 | 101 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** Proposed Jury Instructions by USA as to Mathew Martoma. (Ingoglia, Eugene) Modified on 12/9/2013 (ka). (Entered: 12/06/2013) |
| 12/06/2013 | 102 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** Proposed Voir Dire Questions by USA as to Mathew Martoma. (Ingoglia, Eugene) Modified on 12/9/2013 (ka). (Entered: 12/06/2013) |
| 12/06/2013 | 103 | FIRST MOTION in Limine – *Defendant Mathew Martoma's Notice of Motion for a Written Juror Questionnaire in Advance of Voir Dire (Mr. Martoma's Motion in Limine No. 1).* Document filed by Mathew Martoma. (Strassberg, Richard) (Entered: 12/06/2013) |
| 12/06/2013 | 104 | MEMORANDUM in Support by Mathew Martoma re 103 FIRST MOTION in Limine – *Defendant Mathew Martoma's Notice of Motion for a Written Juror Questionnaire in Advance of Voir Dire (Mr. Martoma's Motion in Limine No. 1)..* (Attachments: # 1 Appendix A – Proposed Jury Questionnaire)(Strassberg, Richard) (Entered: 12/06/2013) |
| 12/06/2013 | 105 | DECLARATION of Richard M. Strassberg in Support as to Mathew Martoma re: 103 FIRST MOTION in Limine – *Defendant Mathew Martoma's Notice of Motion for a Written Juror Questionnaire in Advance of Voir Dire (Mr. Martoma's Motion in Limine No. 1)..* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47)(Strassberg, Richard) (Entered: 12/06/2013) |
| 12/06/2013 | 106 | SECOND MOTION in Limine – *Defendant Mathew Martoma's Notice of his Motion to Exclude Evidence of SAC's Sales of Wyeth Securities or, Alternatively, to Admit Selected Portions of Steven Cohen's SEC Testimony (Mr. Martoma's Motion in Limine No, 2)..* Document filed by Mathew Martoma. (Strassberg, Richard) (Entered: 12/06/2013) |
| 12/06/2013 | 107 | MEMORANDUM in Support by Mathew Martoma re 106 Second Motion in Limine– *Defendant Mathew Martoma's Notice of his Motion to Exclude Evidence of SAC's Sales of Wyeth Securities or, Alternatively, to Admit Selected Portions of Steven Cohen's SEC Testimony (Mr. Martoma's Motion in Limiine No. 2)* (Strassberg, Richard) (Entered: 12/06/2013) |
| 12/06/2013 | 108 | DECLARATION of Richard M. Strassberg in Support as to Mathew Martoma re: 106 Second Motion in Limine– Defendant Mathew Martoma's Notice of his Motion to Exclude Evidence of SAC's Sales of Wyeth Securities or, Alternatively, to Admit Selected Portions of Steven Cohen's SEC Testimony (Mr. Martoma's Motion in Limiine No. 2): in Support as to Mathew Martoma (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Strassberg, Richard) (Entered: 12/06/2013) |
| 12/06/2013 | 109 | THIRD MOTION in Limine – *Defendant Mathew Martoma's Notice of his Motion to Exclude Evidence of the Manner in which SAC Sold Elan and Wyeth Securities or, Alternatively, to Admit Selected Portions of Steven Cohen's SEC Testimony (Mr. Martoma's Motion in Limiine No. 3):.* Document filed by Mathew Martoma. (Strassberg, Richard) (Entered: 12/06/2013) |
| 12/06/2013 | 110 | MEMORANDUM in Support by Mathew Martoma re: 109 Third Motion in Limine – *Defendant Mathew Martoma's Notice of his Motion to Exclude Evidence* |

| | | |
|---|---|---|
| | | *of the Manner in which SAC Sold Elan and Wyeth Securities or, Alternatively, to Admit Selected Portions of Steven Cohen's SEC Testimony (Mr. Martoma's Motion in Limiine No. 3):* (Strassberg, Richard) (Entered: 12/06/2013) |
| 12/06/2013 | 111 | DECLARATION of Richard M. Strassberg in Support as to Mathew Martoma re: 109 Third Motion in Limine – *Defendant Mathew Martoma's Notice of his Motion to Exclude Evidence of the Manner in which SAC Sold Elan and Wyeth Securities or, Alternatively, to Admit Selected Portions of Steven Cohen's SEC Testimony (Mr. Martoma's Motion in Limiine No. 3):* in Support as to Mathew Martoma (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C)(Strassberg, Richard) (Entered: 12/06/2013) |
| 12/06/2013 | 112 | FOURTH MOTION in Limine – *Defendant Mathew Martoma's Notice of Motion to Exclude Evidence of Other SAC Actions, Settlements, and Plea Agreements (Mr. Martoma's Motion In Limine No. 4).* Document filed by Mathew Martoma. (Strassberg, Richard) (Entered: 12/06/2013) |
| 12/06/2013 | 113 | MEMORANDUM in Support by Mathew Martoma re 112 FOURTH MOTION in Limine – *Defendant Mathew Martoma's Notice of Motion to Exclude Evidence of Other SAC Actions, Settlements, and Plea Agreements (Mr. Martoma's Motion In Limine No. 4).FOURTH MOTION in Limine – Defendant Mathew Martoma's Notice of Motion to Exclude Evidence of Other SAC Actions, Settlements, and Plea Agreements (Mr. Martoma's Motion In Limine No. 4)..* (Strassberg, Richard) (Entered: 12/06/2013) |
| 12/06/2013 | 114 | DECLARATION of Richard M. Strassberg in Support as to Mathew Martoma re: 112 FOURTH MOTION in Limine – *Defendant Mathew Martoma's Notice of Motion to Exclude Evidence of Other SAC Actions, Settlements, and Plea Agreements (Mr. Martoma's Motion In Limine No. 4).FOURTH MOTION in Limine – Defendant Mathew Martoma's Notice of Motion to Exclude Evidence of Other SAC Actions, Settlements, and Plea Agreements (Mr. Martoma's Motion In Limine No. 4)..* (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D, #5 Exhibit E, #6 Exhibit F, #7 Exhibit G)(Strassberg, Richard) (Entered: 12/06/2013) |
| 12/06/2013 | 115 | FIFTH MOTION in Limine – *Defendant Mathew Martoma's Notice of Motion to Exclude Evidence of His Fainting When Approached By Government Agents (Mr. Martoma's Motion In Limine No. 5).* Document filed by Mathew Martoma. (Strassberg, Richard) (Entered: 12/06/2013) |
| 12/06/2013 | 116 | MEMORANDUM in Support by Mathew Martoma re 115 FIFTH MOTION in Limine – *Defendant Mathew Martoma's Notice of Motion to Exclude Evidence of His Fainting When Approached By Government Agents (Mr. Martoma's Motion In Limine No. 5).FIFTH MOTION in Limine – Defendant Mathew Martoma's Notice of Motion to Exclude Evidence of His Fainting When Approached By Government Agents (Mr. Martoma's Motion In Limine No. 5)..* (Strassberg, Richard) (Entered: 12/06/2013) |
| 12/06/2013 | 117 | DECLARATION of Richard M. Strassberg in Support as to Mathew Martoma re: 115 FIFTH MOTION in Limine – *Defendant Mathew Martoma's Notice of Motion to Exclude Evidence of His Fainting When Approached By Government Agents (Mr. Martoma's Motion In Limine No. 5).FIFTH MOTION in Limine – Defendant Mathew Martoma's Notice of Motion to Exclude Evidence of His Fainting When Approached By Government Agents (Mr. Martoma's Motion In Limine No. 5)..* (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D)(Strassberg, Richard) (Entered: 12/06/2013) |
| 12/06/2013 | 118 | SIXTH MOTION in Limine – *Defendant Mathew Martoma's Notice of Motion to Exclude Evidence of His Termination from SAC (Mr. Martoma's Motion In Limine No. 6).* Document filed by Mathew Martoma. (Strassberg, Richard) (Entered: 12/06/2013) |
| 12/06/2013 | 119 | MEMORANDUM in Support by Mathew Martoma re 118 SIXTH MOTION in Limine – *Defendant Mathew Martoma's Notice of Motion to Exclude Evidence of His Termination from SAC (Mr. Martoma's Motion In Limine No. 6)..* (Strassberg, Richard) (Entered: 12/06/2013) |

| 12/06/2013 | 120 | Proposed Voir Dire Questions by Mathew Martoma. (Strassberg, Richard) (Entered: 12/06/2013) |
|---|---|---|
| 12/06/2013 | 121 | Request To Charge by Mathew Martoma. (Strassberg, Richard) (Entered: 12/06/2013) |
| 12/09/2013 | | **NOTE TO ATTORNEY TO RE–FILE DOCUMENT – DOCUMENT TYPE ERROR. Note to Attorney Eugene Edward Ingoglia as to Mathew Martoma: to RE–FILE Document 101 Proposed Jury Instructions. Use the document type Request to Charge found under the document list Trial Documents. (ka)** (Entered: 12/09/2013) |
| 12/09/2013 | | **NOTE TO ATTORNEY TO RE–FILE DOCUMENT – DOCUMENT TYPE ERROR. Note to Attorney Eugene Edward Ingoglia as to Mathew Martoma: to RE–FILE Document 102 Proposed Voir Dire Questions. Use the document type Proposed Examination of Jurors found under the document list Trial Documents. (ka)** (Entered: 12/09/2013) |
| 12/09/2013 | 122 | PROPOSED EXAMINATION OF JURORS by USA as to Mathew Martoma. (Ingoglia, Eugene) (Entered: 12/09/2013) |
| 12/09/2013 | 123 | Request To Charge by USA as to Mathew Martoma. (Ingoglia, Eugene) (Entered: 12/09/2013) |
| 12/12/2013 | 124 | ENDORSED LETTER as to Mathew Martoma addressed to Judge Paul G. Gardephe from Richard M. Strassberg dated 12/10/2013 re: Accordingly, we request that Mr. Martoma's conditional release be modified to permit travel to the Districts of Wyoming, Montana, Idaho, Georgia and Illinois from December 20,2013 to January 3, 2014..ENDORSEMENT: SO ORDERED. (Signed by Judge Paul G. Gardephe on 12/11/2013)(jw) (Entered: 12/12/2013) |
| 12/13/2013 | 125 | SECOND MOTION in Limine. Document filed by USA as to Mathew Martoma. (Ingoglia, Eugene) (Entered: 12/13/2013) |
| 12/16/2013 | 126 | ORDER: As to Mathew Martoma. Pending before the Court are Defendant's motion to compel (Dkt. No. 35) and Intervenor Dr. Sidney Gilman's motion for a protective order (Dkt. No. 46). The Court requires additional information from the parties before these motions can be addressed. Accordingly, it is hereby ORDERED that the parties and Intervenor Dr. Gilman shall provide written submissions to the Court addressing the following issues: (1) the specific material that the Defendant has requested, from what party the material was requested, and when the request was made; (2) the manner in which the request was made, whether by subpoena, letter request, or some other means; (3)the legal basis for the request, whether Federal Rule of Criminal Procedure 16, 18 U.S.C. § 3500, Giglio, Brady, or some other rule, doctrine, or case; (4) a list of the documents and/or communications that Dr. Gilman argues are properly withheld as privileged, the nature of the privilege asserted for each document and/communication withheld whether attorney–client privilege, the work product doctrine, or some other privilege –and a log setting forth the nature and date of the documents and/or communications, and the participants to withheld communications; and (5) as to documents and communications withheld on privilege grounds, a statement by the Defendant as to whether he seeks production of this material and, if so, the relevance of the material sought.The Government is further directed to submit an affidavit concerning what agreement or agreements it entered into with Dr. Gilman concerning the confidentiality of the materials Dr. Gilman provided to the Government, including any agreement or agreements addressing the attorney–client and marital privileges, the work product doctrine, or any other legal privilege.Submissions addressing these issues, supported by appropriate evidence, are due by 5:00 p.m. on December 18, 2013. SO ORDERED. (Signed by Judge Paul G. Gardephe on 12/16/2013)(dnd) (Entered: 12/16/2013) |
| 12/16/2013 | | **\*\*\*DELETED DOCUMENT. Deleted document number 127 Endorsed Letter, as to Mathew Martoma. The document was incorrectly filed in this case. (dnd)** (Entered: 12/16/2013) |
| 12/17/2013 | 127 | MEMORANDUM OPINION &ORDER as to Mathew Martoma re: 38 MOTION to Dismiss *COUNT TWO AND THE CORRESPONDING ALLEGATIONS IN COUNT ONE OF THE INDICTMENT* filed by Mathew Martoma. Defendant's |

| | | motion to dismiss Count Two and the corresponding allegations in Count One is denied. The Clerk of Court is directed to terminate the motion (Dkt. No. 38). (Signed by Judge Paul G. Gardephe on 12/16/2013)(jw) (Entered: 12/17/2013) |
|---|---|---|
| 12/18/2013 | 128 | LETTER by Sidney Gilman as to Mathew Martoma addressed to Judge Paul G. Gardephe from Jonathan N. Halpern dated 12/18/2013 re: Response to the Court's 12/16/13 Order Document filed by Sidney Gilman. (Halpern, Jonathan) (Entered: 12/18/2013) |
| 12/18/2013 | 129 | DECLARATION of Arlo Devlin−Brown in Opposition by USA as to Mathew Martoma re: 35 MOTION to Compel *the Production of Certain Documents Withheld by the Government and the University of Michigan..* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Devlin−Brown, Arlo) (Entered: 12/18/2013) |
| 12/18/2013 | 130 | LETTER by Mathew Martoma addressed to Judge Paul G. Gardephe from Richard M. Strassberg dated December 18, 2013 re: Court's Order dated December 16, 2013 (Dkt. No. 126) (Strassberg, Richard) (Entered: 12/18/2013) |
| 12/18/2013 | 131 | LETTER by USA as to Mathew Martoma addressed to Judge Paul G. Gardephe from Arlo Devlin−Brown &Eugene Ingoglia dated 12/18/2013 re: Court's Order Dated December 16, 2013 Document filed by USA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Devlin−Brown, Arlo) (Entered: 12/18/2013) |
| 12/19/2013 | 132 | LETTER by University of Michigan as to Mathew Martoma addressed to Judge Paul G. Gardephe from Anthony S. Barkow dated December 19, 2013 re: a question raised in a telephone conference with the parties, counsel for Dr. Sidney Gilman, and counsel for the University. Document filed by University of Michigan. (Barkow, Anthony) (Entered: 12/19/2013) |
| 12/20/2013 | 133 | LETTER by Sidney Gilman as to Mathew Martoma addressed to Judge Paul G. Gardephe from Jonathan Halpern dated 12/20/2013 re: Court Request Document filed by Sidney Gilman. (Halpern, Jonathan) (Entered: 12/20/2013) |
| 12/20/2013 | 134 | NOTICE OF ATTORNEY APPEARANCE: Shannon B. Wolf appearing for Mathew Martoma. Appearance Type: Retained. *Notice of Appearance of Shannon B. Wolf on behalf of Third−Party Movant M.D. Sidney Gilman.* (Wolf, Shannon) (Entered: 12/20/2013) |
| 12/20/2013 | | Minute Entry for proceedings held before Judge Paul G. Gardephe: Status Conference as to Mathew Martoma held on 12/20/2013. Status conference held. Defendant M. Martoma not present, attorneys Richard Strassberg and Roberto Braceras present. AUSAs Arlo Devlin−Brown and Eugene Ingoglia present. Court reporter Michael McDaniel present. Final pre−tial conference set for 1/3/2014 at 9:00 am. Bail continued. (ajc) (Entered: 12/20/2013) |
| 12/20/2013 | | As to Mathew Martoma: Pretrial Conference set for 1/3/2014 at 09:00 AM before Judge Paul G. Gardephe. (Signed by Judge Paul G. Gardephe on 12/20/2013) (ajc) (Entered: 12/20/2013) |
| 12/20/2013 | 135 | MEMORANDUM in Opposition by Mathew Martoma re 100 FIRST MOTION in Limine.. *(Defendant Mathew Martoma's Memorandum of Law in Opposition to the Government's Motion Seeking Notice of an "Alibi Defense")* (Strassberg, Richard) (Entered: 12/20/2013) |
| 12/20/2013 | 136 | MEMORANDUM OF LAW in Opposition by Mathew Martoma re: 100 FIRST MOTION in Limine. filed by USA *(Defendant Mathew Martoma's Memorandum of Law in Opposition to the Government's Motion in Limine to Admit Non−Bapi Information).* (Strassberg, Richard) (Entered: 12/20/2013) |
| 12/20/2013 | 137 | MEMORANDUM in Opposition by USA as to Mathew Martoma re 118 SIXTH MOTION in Limine − *Defendant Mathew Martoma's Notice of Motion to Exclude Evidence of His Termination from SAC (Mr. Martoma's Motion In Limine No. 6)..* (Ingoglia, Eugene) (Entered: 12/20/2013) |
| 12/20/2013 | 138 | MEMORANDUM in Opposition by USA as to Mathew Martoma re 115 FIFTH MOTION in Limine − *Defendant Mathew Martoma's Notice of Motion to Exclude Evidence of His Fainting When Approached By Government Agents (Mr.* |

| | | |
|---|---|---|
| | | *Martoma's Motion In Limine No. 5).*FIFTH MOTION in Limine − *Defendant Mathew Martoma's Notice of Motion to Exclude Evidence of His Fainting When Approached By Government Agents (Mr. Martoma's Motion In Limine No. 5)..* (Ingoglia, Eugene) (Entered: 12/20/2013) |
| 12/20/2013 | 139 | MEMORANDUM in Opposition by USA as to Mathew Martoma re 103 FIRST MOTION in Limine − *Defendant Mathew Martoma's Notice of Motion for a Written Juror Questionnaire in Advance of Voir Dire (Mr. Martoma's Motion in Limine No. 1)..* (Attachments: # 1 Exhibit A)(Devlin−Brown, Arlo) (Entered: 12/20/2013) |
| 12/20/2013 | 140 | MEMORANDUM in Opposition by USA as to Mathew Martoma *Second and Third In Limine Motions* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Devlin−Brown, Arlo) (Entered: 12/20/2013) |
| 12/20/2013 | 141 | MEMORANDUM in Opposition by USA as to Mathew Martoma re 112 FOURTH MOTION in Limine − *Defendant Mathew Martoma's Notice of Motion to Exclude Evidence of Other SAC Actions, Settlements, and Plea Agreements (Mr. Martoma's Motion In Limine No. 4).*FOURTH MOTION in Limine − *Defendant Mathew Martoma's Notice of Motion to Exclude Evidence of Other SAC Actions, Settlements, and Plea Agreements (Mr. Martoma's Motion In Limine No. 4)..* (Devlin−Brown, Arlo) (Entered: 12/20/2013) |
| 12/20/2013 | 142 | MEMORANDUM in Opposition by Mathew Martoma re 125 SECOND MOTION in Limine.. *(Defendant Mathew Martoma's Memorandum of Law in Opposition to the Government's Motion In Limine to Admit The Research Analyst 404(b) Material)* (Strassberg, Richard) (Entered: 12/20/2013) |
| 12/20/2013 | 143 | DECLARATION of Richard M. Strassberg in Support as to Mathew Martoma re: 142 Memorandum in Opposition to Motion,. (Attachments: # 1 Exhibit A)(Strassberg, Richard) (Entered: 12/20/2013) |
| 12/23/2013 | 144 | NOTICE OF ATTORNEY APPEARANCE: Derek A. Cohen appearing for Mathew Martoma. Appearance Type: Retained. (Cohen, Derek) (Entered: 12/23/2013) |
| 12/23/2013 | 145 | REPLY MEMORANDUM OF LAW in Support as to Mathew Martoma *Motion to Exclude Evidence of SAC's Sales of Wyeth Securities or, Alternatively, to Admit Selected Portions of Steven Cohen's Testimony.* (Strassberg, Richard) (Entered: 12/23/2013) |
| 12/23/2013 | 146 | REPLY MEMORANDUM OF LAW in Support as to Mathew Martoma *Motion to Exclude Evidence of the Manner in which SAC Sold Elan and Wyeth Securities or, Alternatively, to Admit Selected Portions of Steven Cohen's SEC Testimony.* (Strassberg, Richard) (Entered: 12/23/2013) |
| 12/23/2013 | 147 | REPLY MEMORANDUM OF LAW in Support as to Mathew Martoma re: 115 FIFTH MOTION in Limine − *Defendant Mathew Martoma's Notice of Motion to Exclude Evidence of His Fainting When Approached By Government Agents (Mr. Martoma's Motion In Limine No. 5).*FIFTH MOTION in Limine − *Defendant Mathew Martoma's Notice of Motion to Exclude Evidence of His Fainting When Approached By Government Agents (Mr. Martoma's Motion In Limine No. 5)..* (Strassberg, Richard) (Entered: 12/23/2013) |
| 12/23/2013 | 148 | REPLY MEMORANDUM OF LAW in Support as to Mathew Martoma re: 118 SIXTH MOTION in Limine − *Defendant Mathew Martoma's Notice of Motion to Exclude Evidence of His Termination from SAC (Mr. Martoma's Motion In Limine No. 6)..* (Strassberg, Richard) (Entered: 12/23/2013) |
| 12/26/2013 | 149 | MOTION to Compel *THE PRODUCTION OF BRADY AND GIGLIO MATERIAL.* Document filed by Mathew Martoma. (Strassberg, Richard) (Entered: 12/26/2013) |
| 12/26/2013 | 150 | MEMORANDUM in Support by Mathew Martoma re 149 MOTION to Compel *THE PRODUCTION OF BRADY AND GIGLIO MATERIAL..* (Strassberg, Richard) (Entered: 12/26/2013) |
| 12/26/2013 | 151 | DECLARATION of Richard M. Strassberg in Support as to Mathew Martoma re: 149 MOTION to Compel *THE PRODUCTION OF BRADY AND GIGLIO* |

| | | |
|---|---|---|
| | | MATERIAL.. (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D)(Strassberg, Richard) (Entered: 12/26/2013) |
| 12/27/2013 | 152 | REPLY MEMORANDUM OF LAW in Support by USA as to Mathew Martoma re: 100 FIRST MOTION in Limine.. (Ingoglia, Eugene) (Entered: 12/27/2013) |
| 12/30/2013 | 153 | SEALED DOCUMENT placed in vault. December 6, 2013 Defendant Letter regarding request to seal Motion in Limine. (mps) (Entered: 12/30/2013) |
| 12/30/2013 | 154 | SEALED DOCUMENT placed in vault. Memorandum Opinion and Order denying application for sealing. (mps) (Entered: 12/30/2013) |
| 12/30/2013 | 155 | SEALED DOCUMENT placed in vault. (nm) (Entered: 12/30/2013) |
| 12/30/2013 | 156 | SEALED DOCUMENT placed in vault. (nm) (Entered: 12/30/2013) |
| 12/30/2013 | 157 | SEALED DOCUMENT placed in vault. (nm) (Entered: 12/30/2013) |
| 12/30/2013 | 158 | SEALED DOCUMENT placed in vault. (nm) (Entered: 12/30/2013) |
| 12/30/2013 | 159 | SEALED DOCUMENT placed in vault. (nm) (Entered: 12/30/2013) |
| 12/30/2013 | 160 | SEALED DOCUMENT placed in vault. (nm) (Entered: 12/30/2013) |
| 12/30/2013 | 161 | SEALED DOCUMENT placed in vault. (nm) (Entered: 12/30/2013) |
| 12/30/2013 | 162 | SEALED DOCUMENT placed in vault. (nm) (Entered: 12/30/2013) |
| 12/30/2013 | 163 | SEALED DOCUMENT placed in vault. (nm) (Entered: 12/30/2013) |
| 12/30/2013 | 164 | SEALED DOCUMENT placed in vault. (nm) (Entered: 12/30/2013) |
| 12/30/2013 | 165 | ENDORSED LETTER as to Mathew Martoma addressed to Judge Paul G. Gardephe from Richard M. Strassberg dated 12/26/2013 re: We represent the defendant Mathew Martoma in the above–referenced action. We are aware that your courtroom is equipped with a permanent technology installation and have retained DOAR Litigation Consulting to manage its use during the trial. As you may be aware, DOAR is a federally–approved provider of courtroom technology to the federal courts under the Administrative Office of the Courts' contract. We have performed fl site inspection or Courtroom 110 and are aware that the courtroom contains certain technology for use during tria1. We respectfully request permission to access the courtroom on Friday, January 3, 2014 to install additional equipment that we will use during the trial beginning on January 6, 2014... ENDORSEMENT: SO ORDERED. (Signed by Judge Paul G. Gardephe on 12/28/2013)(dnd) (Entered: 12/30/2013) |
| 12/30/2013 | 166 | ENDORSED LETTER as to Mathew Martoma addressed to Judge Paul G. Gardephe from Richard M. Strassberg dated 12/26/2013 re: We represent Defendant Mathew Martoma in the above referenced action. We write to request the Court's permission to make use of an on–site trial preparation room during the pendency of the criminal trial beginning January 6, 2014... ENDORSEMENT: SO ORDERED. (Signed by Judge Paul G. Gardephe on 12/28/2013)(dnd) (Entered: 12/30/2013) |
| 12/30/2013 | 167 | SEALED DOCUMENT placed in vault. (nm) (Entered: 12/31/2013) |
| 12/31/2013 | 168 | LETTER by USA as to Mathew Martoma addressed to Judge Paul G. Gardephe from Arlo Devlin–Brown dated 12/31/2013 re: Proposed Jury Questions Document filed by USA. (Devlin–Brown, Arlo) (Entered: 12/31/2013) |
| 12/31/2013 | 169 | AMENDED LETTER by USA as to Mathew Martoma addressed to Judge Paul G. Gardephe from Arlo Devlin–Brown dated 12/31/2013 re: Jury Questions (Date Corrected) Document filed by USA. (Devlin–Brown, Arlo) (Entered: 12/31/2013) |
| 12/31/2013 | 170 | ORDER: As to Mathew Martoma. I hereby authorize the following attorney(s) to bring the General Purpose Computing Device(s) ("GPCD") listed below into the Courthouse for use in a trial proceeding in the action entitled United States v. Mathew Martoma, Case No. 1:12 Cr.00973, which is anticipated to begin on January 6, 2014, and conclude on a date to be determined... This order does not authorize any attorney or law firm to bring more than three GPCDs into the |

| | | Courthouse unless its receipt has been acknowledged below by the Chair of the Court's Technology Committee. SO ORDERED. (Signed by Judge Paul G. Gardephe on 12/31/2013)(dnd) (Entered: 12/31/2013) |
|---|---|---|
| 01/02/2014 | 171 | LETTER by Mathew Martoma addressed to Judge Paul G. Gardephe from Richard M. Strassberg dated January 2, 2014 re: confirmation of delivery and installation of electronic equipment on January 3, 2014 (Strassberg, Richard) (Entered: 01/02/2014) |
| 01/02/2014 | 172 | ORDER granting 35 Motion to Compel as to Mathew Martoma (1); denying 46 Motion for Protective Order as to Mathew Martoma (1). Defendant Mathew Martoma is charged with conspiracy to commit securities fraud in violation of 18 U.S.C. § 371, and with two counts of securities fraud in violation of 15 U.S.C. §§ 78j(b) and 78ff, 17 C.F.R. §§ 240.l0b−5 and 240.l0b5−2, and 18 U.S.C. § 2. (Superseding Indictment (Dkt. No. 61)) The gravamen of the Indictment is that from about 2006 through July 2008, the Defendant directed trading activity for his hedge fund employer on the basis of material non−public information. The non−public information was allegedly supplied by doctors participating in a clinical trial of a drug for possible use in treating Alzheimer's disease. One of these doctors −Sidney Gilman has entered into a cooperation agreement with the Government and is expected to be a critical witness at trial... Dr. Gilman will produce to the Defendant and to the Government all eleven documents that he provided to the Court for in camera review. Defendant's motion to compel isgranted as set forth in this Order and in the Court's December 20, 2013 bench ruling. Dr. Gilman's motion for a protective order is denied. The Clerk of the Court is directed to terminate the motions (Dkt. Nos. 35,46). SO ORDERED. (Signed by Judge Paul G. Gardephe on 1/1/2014) (dnd) (Entered: 01/02/2014) |
| 01/02/2014 | 173 | ORDER: As to Mathew Martoma. It is hereby ORDERED that the conference in this matter presently scheduled for January 3, 2014 is adjourned to January 6, 2014 at 9:00 a.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. It is further ORDERED that jury selection will begin on January 7, 2014 at 9:30 a.m. in Courtroom 110 at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York. Opening statements and the presentation of evidence will commence immediatelyafter the completion of jury selection. SO ORDERED. (Signed by Judge Paul G. Gardephe on 1/2/2014)(dnd) (Entered: 01/02/2014) |
| 01/02/2014 | 174 | MEMORANDUM in Opposition by USA as to Mathew Martoma re 149 MOTION to Compel *THE PRODUCTION OF BRADY AND GIGLIO MATERIAL..* (Devlin−Brown, Arlo) (Entered: 01/02/2014) |
| 01/03/2014 | 175 | LETTER by Mathew Martoma addressed to Judge Paul G. Gardephe from Richard M. Strassberg dated 01/03/2014 re: United States v. Martoma, No. 12 Cr. 973 (PGG) (Attachments: # 1 Proposed Revisions to Jury Questionnaire and Voir Dire)(Strassberg, Richard) (Entered: 01/03/2014) |
| 01/03/2014 | 176 | LETTER by Mathew Martoma addressed to Judge Paul G. Gardephe from Richard M. Strassberg dated 01/03/2014 re: United States v. Martoma, No. 12 Cr. 973 (PGG) (Strassberg, Richard) (Entered: 01/03/2014) |
| 01/03/2014 | 177 | DECLARATION of Arlo Devlin−Brown in Opposition by USA as to Mathew Martoma (Devlin−Brown, Arlo) (Entered: 01/03/2014) |
| 01/04/2014 | 178 | MOTION in Limine., MOTION to Compel *Additional Expert Disclosures &Preclude Certain Expert Testimony.* Document filed by USA as to Mathew Martoma. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Devlin−Brown, Arlo) (Entered: 01/04/2014) |
| 01/05/2014 | 179 | DECLARATION of Arlo Devlin−Brown in Opposition by USA as to Mathew Martoma re: 149 MOTION to Compel *THE PRODUCTION OF BRADY AND GIGLIO MATERIAL..* (Devlin−Brown, Arlo) (Entered: 01/05/2014) |
| 01/05/2014 | 180 | DECLARATION of Richard M. Strassberg by Mathew Martoma. *REGARDING THE JOINT INVESTIGATION OF DEFENDANT MATHEW MARTOMA BY THE UNITED STATES ATTORNEYS OFFICE FOR THE SOUTHERN DISTRICT OF NEW YORK AND THE SECURITIES AND EXCHANGE COMMISSION* |

| | | (Strassberg, Richard) (Entered: 01/05/2014) |
|---|---|---|
| 01/05/2014 | 181 | LETTER by Mathew Martoma addressed to Judge Paul G. Gardephe from Richard M. Strassberg dated January 5, 2014 (Strassberg, Richard) (Entered: 01/05/2014) |
| 01/05/2014 | 291 | INTERNET CITATION NOTE as to Mathew Martoma: Material from decision with Internet citation re: 184 Order, 186 Order, 185 Order on Motion in Limine. (fk) (Entered: 06/10/2014) |
| 01/06/2014 | 182 | ORDER granting 100 Motion in Limine as to Mathew Martoma (1); granting 115 Motion in Limine as to Mathew Martoma (1); granting 118 Motion in Limine as to Mathew Martoma (1). The Defendant's motions in limine to exclude evidence of fainting (Dkt. No. 115) and evidence of his termination from SAC Capital (Dkt. No. 118) are granted. The Government's motion in limine to require the Defendant to give notice of alibi (Dkt. No.100) is likewise granted. The Clerk of the Court is directed to terminate the motions (Dkt. Nos. 115, 118, 100) (Signed by Judge Paul G. Gardephe on 1/3/2014) (jw) (Entered: 01/06/2014) |
| 01/06/2014 | 183 | ORDER as to Mathew Martoma. In this insider trading case, Defendant Mathew Martoma is charged with conspiracy to commit securities fraud in violation of 18 U.S.C. § 371, and with two counts of securities fraud in violation of 15 U.S.c. §§ 78j(b) and 78ff, 17 C.F.R. §§ 240.10b–5 and 240.l0b5–2, and 18 U.S.C. § 2. (Superseding Indictment (Dkt. No. 61)) The Government alleges, inter alia, that between 2006 and July 2008, Martoma traded on the basis of material, non–public information, and caused his hedge fund employer to trade on the basis of material non–public information. To the extent that the Defendant has moved to compel the production of Brady and Giglio material in communications in the USAO's possession from Dr. Gilman's counselor Dr. Ross's counsel, the motion is denied. To the extent that the Defendant has moved to compel the production of such material in communications from the USAO to Dr. Gilman's counselor Dr. Ross's counsel or to the doctors directly, the motion is granted to the extent of requiring the USAO to disclose any statements by the USAO to the doctors or their counsel that either (1) threaten criminal prosecution of the doctors if they do not implicate Martoma; or (2) promise a non–prosecution agreement to the doctors if they implicate Martoma. To the extent that Defendant's motion to compel implicates material that is in the sole possession of the SEC, the Court reserves decision, pending submission of the affidavits referenced above. SO ORDERED. (Signed by Judge Paul G. Gardephe on 1/4/2014) (jw) (Entered: 01/06/2014) |
| 01/06/2014 | 184 | ORDER as to Mathew Martoma. In this insider trading case, Defendant Mathew Martoma is charged with conspiracy to commit securities fraud in violation of 18 U.S.C. § 371, and with two counts of securities fraud in violation of 15 U.S.C. §§ 78j(b) and 78ff, 17 C.F.R. §§ 240.l0b–5 and 240.10b5–2, and 18 U.S.C. § 2. (Superseding Indictment (Dkt. No. 61)) The Government alleges, inter alia, that between 2006 and July 2008, Martoma caused his hedge fund employer to trade on the basis of material non–public information. The non–public information was allegedly supplied to Martoma by two doctors –Sidney Gilman and Joel Ross who were participants in a clinical trial of bapineuzurnab, a drug that was thought to be of possible use in treating Alzheimer's disease. Both doctors have entered into cooperation agreements with the Government and are expected to be critical witnesses at trial. The Government's motion in limine to introduce evidence that the Defendant obtained from Dr. Gilman and Dr. Ross confidential information pertaining to drugs other than bapineuzumab is denied. The Clerk of the Court is directed to terminate the motion (Dkt. No. 100). (Signed by Judge Paul G. Gardephe on 1/5/2014) (jw) (Entered: 01/06/2014) |
| 01/06/2014 | 185 | ORDER denying 125 Motion in Limine as to Mathew Martoma (1). The Government's motion in limine to introduce evidence concerning a research analyst's meeting with a doctor about a clinical trial is denied. The Clerk of the Court is directed to terminate the motion (Dkt. No. 125). (Signed by Judge Paul G. Gardephe on 1/5/2014) (jw) (Entered: 01/06/2014) |
| 01/06/2014 | 186 | ORDER as to Mathew Martoma. The USAO will produce to Defendant any communication between the SEC and counsel for Dr. Gilman or counsel for Dr. Ross in which a doctor's counsel makes statements that are materially different from the denials of culpability already produced to Defendant. The USAO's |

| | | |
|---|---|---|
| | | obligation to produce such communications is extended to communications that are in the sole possession of the SEC. The USAO will also produce to Defendant communications from the SEC to the doctors' counsel, or to Dr. Gilman or Dr. Ross directly, that (1) threaten criminal prosecution of either doctor if he does not implicate Martoma; or (2) promise a non−prosecution agreement to either doctor if he implicates Martoma. The USAO's obligation to produce such communications is extended to communications that are in the sole possession of the SEC. SO ORDERED (Signed by Judge Paul G. Gardephe on 1/5/2014)(jw) (Entered: 01/06/2014) |
| 01/06/2014 | 187 | ENDORSED LETTER as to Mathew Martoma addressed to Judge Paul G. Gardephe from Richard M. Strassberg dated 1/3/2014 re: We write on behalf of Mathew Martoma to request relief with respect to two prospective Government witnesses, Ranjit Singh and John Casey, disclosed two weeks late. Although the Government has added Mr. Singh and Mr. Casey to its witness list, it has not explained whether and under what circumstances it intends to call either of them. The Government should be allowed to call those witnesses (if at all) only in response to specific testimony elicited by Mr. Martoma in his own case. The Government should not be permitted to disregard the agreed−upon pretrial schedule for its own tactical advantage. ENDORSEMENT: The application is denied. Mr. Singh's proposed testimony relates to the alibi issue. In an order issued yesterday, the Court concluded that the Defendant –– under Fed. R. Crim. P. 12.1 –– should have responded to the Government's request for notice of alibi with respect to the July 19, 2008 Gilman/Martoma meeting in Ann Arbor. Undoubtedly, if the Defendant had responded –– and stated that he intended to raise an alibi defense –– Mr. Singh would have been listed as a Government witness. In any event, the Defendant has not demonstrated prejudice flowing from Mr. Singh's name being added now. The same is true as to Mr. Casey, who testified at a prior trial about the same matters, and whose testimony is available to the Defendant... (Signed by Judge Paul G. Gardephe on 1/4/2014)(jw) (Entered: 01/06/2014) |
| 01/06/2014 | 188 | ENDORSED LETTER as to Mathew Martoma addressed to Judge Paul G. Gardephe from Richard M. Strassberg dated 1/6/2014 re: To request the Court's permission to arrange for the provision of secure high−speed Internet access as well as Remote Real Time transcript feed in the on−site trial preparation room that we will be using during the pendency of the criminal trial beginning January 7, 2014..ENDORSEMENT: SO ORDERED. (Signed by Judge Paul G. Gardephe on 1/6/2014)(jw) (Entered: 01/06/2014) |
| 01/06/2014 | | Minute Entry for proceedings held before Judge Paul G. Gardephe: Pretrial Conference as to Mathew Martoma held on 1/6/2014. Final Pretrial Conference held. Defendant M. Martoma present with attorneys Richard Strassberg and Roberto Braceras. AUSAs Arlo Devlin−Brown and Eugene Ingoglia present. Court reporter Rose Prater present. Bail continued. (ajc) (Entered: 01/06/2014) |
| 01/06/2014 | 189 | MEMORANDUM in Opposition by Mathew Martoma re 178 MOTION in Limine. MOTION to Compel *Additional Expert Disclosures &Preclude Certain Expert Testimony*.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Strassberg, Richard) (Entered: 01/06/2014) |
| 01/06/2014 | | Minute Entry for proceedings held before Judge Paul G. Gardephe: Pretrial Conference as to Mathew Martoma held on 1/6/2014. Defendant M. Martoma present with attorneys Richard Strassberg and Roberto Braceras. AUSAs Arlo Devlin−Brown and Eugene Ingoglia present. Court reporter present. Bail continued. (jbo) (Entered: 01/14/2014) |
| 01/07/2014 | | Minute Entry for proceedings held before Judge Paul G. Gardephe: Voir Dire held on 1/7/2014 as to Mathew Martoma. (jbo) (Entered: 01/14/2014) |
| 01/07/2014 | | Minute Entry for proceedings held before Judge Paul G. Gardephe: Jury Selection as to Mathew Martoma held on 1/7/2014. (jbo) (Entered: 01/14/2014) |
| 01/07/2014 | | Minute Entry for proceedings held before Judge Paul G. Gardephe: Jury Trial as to Mathew Martoma held on 1/7/2014. Trial began, continued to 1/8/14 at 9:30 am. (jbo) (Entered: 01/14/2014) |

| | | |
|---|---|---|
| 01/08/2014 | <u>190</u> | ORDER as to Mathew Martoma. In this insider trading case, Defendant Mathew Martoma is charged with conspiracy to commit securities fraud in violation of 18 U.S.C. § 371, and with two counts of securities fraud in violation of 15 U.S.C. §§ 7Sj(b) and 78ff, 17 C.F.R. §§ 240.l0b−5 and 240.l0b5−2, and 18 U.S.C. § 2. (Superseding Indictment (Dkt. No. 61)) The Government alleges, inter alia, that between 2006 and July 2008, Martoma caused S.A.C. Capital Advisors, LLC ("SAC") to trade on the basis of material non−public information. The non−public information was allegedly supplied to Martoma by two doctors −− Sidney Gilman and Joel Ross −− who were participants in a clinical trial of bapineuzumab, a drug that was thought to be of possible use in treating Alzheimer's disease. Bapineuzumab was being developed by Wyeth and Elan Corporation, plc ("Elan"), and the alleged insider trading involves the shares of these companies. (Id.) This order addresses the Defendant's motions in limine to (1) exclude certain evidence of SAC's trading activity in Wyeth and Elan stock; (2) introduce excerpts from an investigative deposition of Steven A. Cohen taken by Securities and Exchange Commission staff on May 3, 2012; and (3) exclude evidence of SAC's involvement in related civil and criminal litigation. (See Dkt. Nos. 106, 109, 112)....[See this Order]... CONCLUSION: The Defendant's motions in limine to exclude evidence of SAC's sales of Wyeth stock and the manner in which SAC sold Elan and Wyeth securities or, in the alternative, to admit portions of Steven A. Cohen's SEC deposition testimony, are denied. The Clerk of the Court is directed to terminate the motions (Dkt. Nos. 106, 109). SO ORDERED. (Signed by Judge Paul G. Gardephe on 1/7/2014)(bw) (Entered: 01/08/2014) |
| 01/08/2014 | | Minute Entry for proceedings held before Judge Paul G. Gardephe: Jury Trial as to Mathew Martoma held on 1/8/2014. Trial continued, continued to 1/9/14 at 9:30 am. (jbo) (Entered: 01/14/2014) |
| 01/09/2014 | <u>191</u> | ORDER as to (S1−12−Cr−973−01) Mathew Martoma. Defendant Mathew Martoma is charged with conspiracy to commit securities fraud, in violation of 18 U.S.C. § 371, and with two counts of securities fraud, in violation of 15 U.S.C. §§ 78j(b) and 78ff, 17 C.F.R. §§ 240.10b−5 and 240.10b5−2, and 18 U.S.C. § 2. (Superseding Indictment (Dkt. No. 61)) Jury selection in this matter began on January 7, 2014. On January 8, 2014 at 10:35 p.m., Martoma informed this Court that he intended to file a petition for rehearing en banc concerning the Second Circuit's January 8, 2014 order dismissing his appeal of this Court's December 28, 2013 order, arguing that the Second Circuit's Order is inconsistent with the prior binding precedent of S.E.C. v. TheStreet.Com, 273 F.3d 222 (2d Cir. 2001). The Second Circuit found the collateral order doctrine to be inapplicable to Martoma's appeal and dismissed the appeal for want of jurisdiction. United States v. Martoma, No. 13−4807 (2d Cir. January 8, 2014). Martoma requests that this Court hold its January 8, 2014 order in abeyance pending the Second Circuit's ruling on his petition for en banc review....[See this Order]... S.E.C. v. TheStreet.Com, 273 F.3d 222 (2d Cir. 2001), cited by Martoma, is distinguishable on several grounds, including that it is a civil case. In any event, this Court does not read TheStreet.Com to announce that the Circuit will invariably exercise jurisdiction over every appeal involving a district judge's unsealing order. Given the "leeway" that the panel enjoyed under Kensington Int'l in weighing the competing interests here, this Court concludes that a petition for en banc rehearing would likely be denied. Accordingly, the Defendant's application for a stay is denied. SO ORDERED. (Signed by Judge Paul G. Gardephe on 1/8/2014)(bw) (Entered: 01/09/2014) |
| 01/09/2014 | <u>192</u> | ORDER as to (S1−12−Cr−973−01) Mathew Martoma. Defendant Mathew Martoma is charged with conspiracy to commit securities fraud, in violation of 18 U.S.C. § 371, and with two counts of securities fraud, in violation of 15 U.S.C. §§ 78j(b) and 78ff, 17 C.F.R. §§ 240.10b−5 and 240.10b5−2, and 18 U.S.C. § 2. (Superseding Indictment (Dkt. No. 61)) Jury selection in this matter began on January 7, 2014. On December 6, 2013, Martoma and the Government filed cross−motions in limine concerning certain evidence related to disciplinary proceedings brought against Martoma in 1999, when he was a student at Harvard Law School (the "Law School Evidence"). When Martoma filed his motion, he asked this Court to seal all papers concerning the cross−motions, and to "close from the public any hearing on either t[he] Request to Seal or the motion[ s] in limine and related papers." (Dkt. No. 153) In a December 28, 2013 order, this |

| | | |
|---|---|---|
| | | Court denied Martoma's application for sealing and closure. (Dkt. No. 154) The Court stayed immediate disclosure of the material and the Order, however, to permit Martoma to seek a stay from the U.S. Court of Appeals for the Second Circuit. (Id.) On December 30, 2013, Martoma filed a notice of appeal, and a motion for a stay in the Second Circuit. In a January 8, 2014 order, the Court of Appeals dismissed Martoma's appeal for lack of jurisdiction, and denied the motion to stay as moot. The Court of Appeals having dismissed Martoma's appeal from this Court's December 28, 2013 order, this Court's stay of that order is hereby lifted. The Clerk of the Court is respectfully directed to unseal the motions in limine and related submissions concerning the Law School Evidence (Dkt. Nos. 153–164). SO ORDERED. (Signed by Judge Paul G. Gardephe on 1/8/2014)(bw) (Entered: 01/09/2014) |
| 01/09/2014 | | Transmission to Sealed Records Clerk: as to (S1–12–Cr–973–01) Mathew Martoma. Transmitted re: 192 Order, to the Sealed Records Clerk for the unsealing of documents. (bw) (Entered: 01/09/2014) |
| 01/09/2014 | 193 | TRANSCRIPT of Proceedings as to Mathew Martoma re: Oral Argument held on 12/20/13 before Judge Paul G. Gardephe. Court Reporter/Transcriber: Michael McDaniel, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/3/2014. Redacted Transcript Deadline set for 2/13/2014. Release of Transcript Restriction set for 4/14/2014. (Rodriguez, Somari) (Entered: 01/09/2014) |
| 01/09/2014 | 194 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Mathew Martoma. Notice is hereby given that an official transcript of a Oral Argument proceeding held on 12/20/13 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Rodriguez, Somari) (Entered: 01/09/2014) |
| 01/09/2014 | 195 | LETTER by Mathew Martoma addressed to Judge Paul G. Gardephe from Attorney Richard M. Strassberg dated December 6, 2013 re: Mr. Martoma requests that the Court (i) seal this Request to Seal and the motion in limine and related papers; (ii) close any public hearings on these motions; and (iii) return this Request to Seal and the motion in limine and related papers to Mr. Martoma upon disposition of the motion or other proceeding for which they were submitted. [*** NOTE: Previously filed under seal in Seal Envelope #153 on 12/30/2013; Unsealed by Order, Doc.#192, filed on 1/9/2014. ***] (bw) (Entered: 01/09/2014) |
| 01/09/2014 | 196 | MEMORANDUM OPINION &ORDER as to (S1–12–Cr–973) Mathew Martoma. Defendant Mathew Martoma is charged with conspiracy to commit securities fraud, in violation of 18 U.S.C. § 371, and with two counts of securities fraud, in violation of 15 U.S.C. §§ 78j(b) and 78ff, 17 C.F.R. §§ 240.10b–5.:md 240.10b5–2, and 18 U.S.C. § 2. (Superseding Indictment (Dkt. No. 61)) This memorandum opinion and order addresses Defendant's request that certain motions in limine be filed under seal, and that the courtroom be closed when these motions in limine are discussed....[See this Memorandum Opinion &Order]... CONCLUSION: Defendant's application for sealing and closure regarding the motions in limine and related submissions concerning the Law School Evidence is denied. The docket will reflect the filing of this memorandum opinion and order, the Government's motion in limine, the Defendant's motion in limine, the Defendant's opposition to the Government's motion in limine, the Government's opposition to the Defendant's motion in limine, the Defendant's December 6, 2013 letter, the Government's December 6, 2013 letter, the Defendant's December 9, 2013 letter, the Government's December 14, 2013 letter, and the Defendant's December 20, 2013 letter as sealed matters, and all of these documents will remain under seal until 9:30a.m. on December 31, 2013. See In re The Herald Co., 734 F.2d at 1 02 ("[T]he publicly maintained docket entries should ref 1ect the fact that the motion was filed, the fact that the motion and any supporting or opposing papers were filed under seal,... the disposition of the motion, and the fact of [sealing], whether ordered upon motion of a party or by the Court sua sponte."); |

| | | |
|---|---|---|
| | | Haller, 837 F.2d at 87 ("In re The Herald requires... that except in extraordinary circumstances the public have a means of learning that a closure or sealing order has been proposed or issued."). The Court stays immediate disclosure of these materials to permit Defendant to make application to the U.S. Court of Appeals for the Second Circuit for a more extended stay. See United States v. Huntley, 943 F. Supp. 2d 383, 388 (E.D.N.Y. 2013) (staying an order to unseal a sentencing memorandum for twenty–four hours to permit application to the Second Circuit for an extended stay); United States v. Amodeo, No. 92 Civ. 7744 (RPP), 1994 WL 389172, * 1 (S.D.N.Y. 1994) (staying an order unsealing documents to allow a party to seek an extended stay from the Second Circuit). If no extension of the stay is sought by 9:30 a.m. on December 31, 2013, all materials referenced above will be unsealed. If Defendant seeks a stay in the Second Circuit, the above–referenced materials will remain under seal pending determination of the motion by the Second Circuit. SO ORDERED. (Signed by Judge Paul G. Gardephe on 12/28/2013 [*** NOTE: Previously filed under seal in Seal Envelope #154; Unsealed by Order, Doc.#192, filed on 1/9/2014. ***]) (bw) (Entered: 01/09/2014) |
| 01/09/2014 | 197 | DEFENDANT MATHEW MARTOMA'S NOTICE OF MOTION TO EXCLUDE EVIDENCE CONCERNING EVENTS UNRELATED TO THE CHARGED OFFENSES AND PRECEDING MR. MARTOMA'S EMPLOYMENT AT SAC. Oral Argument Requested. Document filed by Mathew Martoma, dated December 6, 2013. [*** NOTE: Previously filed under seal in Seal Envelope #155 on 12/30/2013; Unsealed by Order, Doc.#192, filed on 1/9/2014. ***] (bw) (Entered: 01/09/2014) |
| 01/09/2014 | 198 | DEFENDANT MATHEW MARTOMA'S MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION TO EXCLUDE EVIDENCE CONCERNING EVENTS UNRELATED TO THE CHARGED OFFENSES AND PRECEDING MR. MARTOMA'S EMPLOYMENT AT SAC. Oral Argument Requested. Document filed by Mathew Martoma, dated December 6, 2013. [*** NOTE: Previously filed under seal in Seal Envelope #156 on 12/30/2013; Unsealed by Order, Doc.#192, filed on 1/9/2014. ***] (bw) (Entered: 01/09/2014) |
| 01/09/2014 | 199 | LETTER by USA as to (S1–12–Cr–973) Mathew Martoma addressed to Judge Paul G. Gardephe from Arlo Devlin–Brown, Eugene Ingoglia, Assistant United States Attorneys, dated December 6, 2013 re: Enclosed please find copies of the Government's request to charge, proposed voir dire, and in limine motions. One of the Government's motions, entitled "Government's Motion In Limine To Admit Evidence Concerning The Defendant's Expulsion From Harvard Law School In Response To Potential Defense" has not been electronically filed because the defendant intends to file a request that it be maintained under seal. Document filed by USA. [*** NOTE: Previously filed under seal in Seal Envelope #157 on 12/30/2013; Unsealed by Order, Doc.#192, filed on 1/9/2014. ***] (bw) (Entered: 01/09/2014) |
| 01/09/2014 | 200 | GOVERNMENT'S MOTION IN LIMINE TO ADMIT EVIDENCE CONCERNING THE DEFENDANT'S EXPULSION FROM HARVARD LAW SCHOOL IN RESPONSE TO POTENTIAL DEFENSES. Document filed by USA as to Mathew Martoma, dated December 6, 2013. [*** NOTE: Previously filed under seal in Seal Envelope #158 on 12/30/2013; Unsealed by Order, Doc.#192, filed on 1/9/2014. ***] (bw) (Entered: 01/09/2014) |
| 01/09/2014 | 201 | LETTER by Mathew Martoma addressed to Judge Paul G. Gardephe from Attorney Richard M. Strassberg dated December 9, 2013 re: We write to clarify a statement made in the Request to File Under Seal ("Request to Seal") that we filed on Friday, December 6. In particular, we indicated that the Government did not oppose the Request to Seal. After further discussions with the Government today, however, we understand that the Government's position is only that they agreed not to file any papers on this matter publicly until the Court rules on Mr. Martoma's Request to Seal. [*** NOTE: Previously filed under seal in Seal Envelope #159 on 12/30/2013; Unsealed by Order, Doc.#192, filed on 1/9/2014. ***] (bw) (Entered: 01/09/2014) |
| 01/09/2014 | 202 | GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE EVIDENCE CONCERNING EVENTS UNRELATED TO THE CHARGED OFFENSES AND PRECEDING MR. MARTOMA'S EMPLOYMENT AT SAC. |

| | | |
|---|---|---|
| | | Document filed by USA as to Mathew Martoma, dated December 20, 2013. [*** NOTE: Previously filed under seal in Seal Envelope #160 on 12/30/2013; Unsealed by Order, Doc.#192, filed on 1/9/2014. ***] (bw) (Entered: 01/09/2014) |
| 01/09/2014 | 203 | DECLARATION of RICHARD M. STRASSBERG IN SUPPORT OF DEFENDANT MATHEW MARTOMA'S OPPOSITION TO THE GOVERNMENT'S MOTION TO ADMIT EVIDENCE CONCERNING EVENTS UNRELATED TO THE CHARGED OFFENSES AND PRECEDING MR. MARTOMA'S EMPLOYMENT AT SAC. Document filed by Mathew Martoma, dated December 20, 2013. [*** NOTE: Previously filed under seal in Seal Envelope #161 on 12/30/2013; Unsealed by Order, Doc.#192, filed on 1/9/2014. ***] (bw) (Entered: 01/09/2014) |
| 01/09/2014 | 204 | DEFENDANT MATHEW MARTOMA'S MEMORANDUM OF LAW IN OPPOSITION TO THE GOVERNMENT'S MOTION TO ADMIT EVIDENCE CONCERNING EVENTS UNRELATED TO THE CHARGED OFFENSES AND PRECEDING MR. MARTOMA'S EMPLOYMENT AT SAC. Document filed by Mathew Martoma, dated December 20, 2013. [*** NOTE: Previously filed under seal in Seal Envelope #162 on 12/30/2013; Unsealed by Order, Doc.#192, filed on 1/9/2014. ***] (bw) (Entered: 01/09/2014) |
| 01/09/2014 | 205 | LETTER by USA as to Mathew Martoma addressed to Judge Paul G. Gardephe from Arlo Devlin–Brown, Eugene Ingoglia, Assistant United States Attorneys, dated December 14, 2013 re: The Government writes in response to defendant Mathew Martoma's December 6, 2013 letter (the "Sealing Request") seeking an order sealing the Government and defendant's respective in limine motions relating to the circumstances of the defendant's dismissal from Harvard Law School ("HLS")(collectively, the "HLS in limine motions"); and (2) closing from the public any hearing on either the request to seal or the substantive HLS in limine motions. The Government respectfully requests that the Court deny the defendant's motion to seal the HLS in limine motions and related papers and close from the public any hearing on either the request to seal or the substantive HLS in limine motion. The Government would not oppose a more narrowly tailored limitation deemed necessary by the Court. [*** NOTE: Previously filed under seal in Seal Envelope #163 on 12/30/2013; Unsealed by Order, Doc.#192, filed on 1/9/2014. ***] (bw) (Entered: 01/09/2014) |
| 01/09/2014 | 206 | LETTER by Mathew Martoma addressed to Judge Paul G. Gardephe from Attorney Richard M. Strassberg dated December 20, 2013 re: We write on behalf of Mathew Martoma in response to the letter from the Government dated December 14, 2013 (the "Government Letter"), and in support of Mr. Martoma's Request to Seal. [*** NOTE: Previously filed under seal in Seal Envelope #164 on 12/30/2013; Unsealed by Order, Doc.#192, filed on 1/9/2014. ***] (bw) (Entered: 01/09/2014) |
| 01/09/2014 | | Minute Entry for proceedings held before Judge Paul G. Gardephe: Jury Trial as to Mathew Martoma held on 1/9/2014. Trial continued, continued to 1/10/14 at 9:30 a.m. (jbo) (Entered: 01/14/2014) |
| 01/10/2014 | 207 | ENDORSED LETTER as to Mathew Martoma addressed to Judge Paul G. Gardephe from Roberto M. Braceras dated 1/10/2014 re: To request permission to bring iPhone into court for the duration of the trial.ENDORSEMENT: The Application is granted. SO ORDERED. (Signed by Judge Paul G. Gardephe on 1/10/2014)(jw) (Entered: 01/10/2014) |
| 01/10/2014 | | Minute Entry for proceedings held before Judge Paul G. Gardephe: Jury Trial as to Mathew Martoma held on 1/10/2014. Trial continued, continued to 1/13/14 at 9:30 a.m. (jbo) (Entered: 01/14/2014) |
| 01/13/2014 | | Minute Entry for proceedings held before Judge Paul G. Gardephe: Jury Trial as to Mathew Martoma held on 1/13/2014. Trial held, continued to 1/14/14 at 9:30 am. (jbo) (Entered: 01/17/2014) |
| 01/14/2014 | 208 | ENDORSED LETTER as to Mathew Martoma addressed to Judge Paul G. Gardephe from Richard M. Strassberg dated 1/13/14 re: We respectfully request permission to bring the following equipment into the on–site trial preparation room for use during Mr. Martoma's criminal trial: All in one printer, Router, Computer |

| | | Monitor, Set of small speakers, Cabling (VGA, HDMI, Switchers), Tables, Chairs. ENDORSEMENT: SO ORDERED. (Signed by Judge Paul G. Gardephe on 1/13/14)(jw) (Entered: 01/14/2014) |
|---|---|---|
| 01/14/2014 | | Minute Entry for proceedings held before Judge Paul G. Gardephe: Jury Trial as to Mathew Martoma held on 1/14/2014. Trial held, continued to 1/15/14 at 9:30 am. (jbo) (Entered: 01/17/2014) |
| 01/15/2014 | 209 | LETTER MOTION addressed to Judge Paul G. Gardephe from Richard M. Strassberg dated January 15, 2014 re: To Exclude Certain Compliance and Training Materials as Irrelevant and Unfairly Prejudicial. Document filed by Mathew Martoma. (Strassberg, Richard) (Entered: 01/15/2014) |
| 01/15/2014 | | Minute Entry for proceedings held before Judge Paul G. Gardephe: Jury Trial as to Mathew Martoma held on 1/15/2014. Trial held, continued to 1/16/14 at 9:30 a.m. (jbo) (Entered: 01/17/2014) |
| 01/16/2014 | 210 | TRANSCRIPT of Proceedings as to Mathew Martoma re: Conference held on 1/6/14 before Judge Paul G. Gardephe. Court Reporter/Transcriber: Rose Prater, (212) 805−0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/10/2014. Redacted Transcript Deadline set for 2/21/2014. Release of Transcript Restriction set for 4/21/2014. (Rodriguez, Somari) (Entered: 01/16/2014) |
| 01/16/2014 | 211 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Mathew Martoma. Notice is hereby given that an official transcript of a Conference proceeding held on 1/6/14 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Rodriguez, Somari) (Entered: 01/16/2014) |
| 01/16/2014 | 212 | LETTER MOTION addressed to Judge Paul G. Gardephe from USA dated January 16, 2014 re: redaction. Document filed by USA as to Mathew Martoma. (Ingoglia, Eugene) (Entered: 01/16/2014) |
| 01/16/2014 | 213 | LETTER MOTION addressed to Judge Paul G. Gardephe from USA dated January 16, 2014 re: Opposition to defense motion re character evidence. Document filed by USA as to Mathew Martoma. (Ingoglia, Eugene) (Entered: 01/16/2014) |
| 01/16/2014 | 214 | LETTER MOTION addressed to Judge Paul G. Gardephe from USA dated January 13, 2014 re: Opposition re Beyond the Scope and Irrelevant (Berkowitz testimony). Document filed by USA as to Mathew Martoma. (Ingoglia, Eugene) (Entered: 01/16/2014) |
| 01/16/2014 | | Minute Entry for proceedings held before Judge Paul G. Gardephe: Jury Trial as to Mathew Martoma held on 1/16/2014. 1/16/14, Trial held, continued to 1/17/14 at 9:30 am. (ajc) (Entered: 01/22/2014) |
| 01/17/2014 | | Minute Entry for proceedings held before Judge Paul G. Gardephe: Jury Trial as to Mathew Martoma held on 1/17/2014. 1/17/14, Trial held, continued to 1/20/14 at 9:30 am. (ajc) (Entered: 01/22/2014) |
| 01/20/2014 | 215 | LETTER MOTION addressed to Judge Paul G. Gardephe from USA dated January 20, 2014 re: Preclude Certain Expert Testimony. Document filed by USA as to Mathew Martoma. (Ingoglia, Eugene) (Entered: 01/20/2014) |
| 01/20/2014 | 216 | LETTER MOTION addressed to Judge Paul G. Gardephe from USA dated January 20, 2014 re: Preclude Certain Expert Testimony *(attaching exhibits)*. Document filed by USA as to Mathew Martoma. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Ingoglia, Eugene) (Entered: 01/20/2014) |
| 01/20/2014 | 217 | LETTER by USA as to Mathew Martoma addressed to Judge Paul G. Gardephe from Arlo Devlin−Brown dated 1/20/2014 re: use of prior consistent statements Document filed by USA. (Devlin−Brown, Arlo) (Entered: 01/20/2014) |

| 01/20/2014 | 218 | LETTER by USA as to Mathew Martoma addressed to Judge Paul G. Gardephe from Arlo Devlin−Brown dated 01/20/2014 re: unpublished placebo data Document filed by USA. (Devlin−Brown, Arlo) (Entered: 01/20/2014) |
|---|---|---|
| 01/20/2014 | 219 | LETTER MOTION addressed to Judge Paul G. Gardephe from Richard M. Strassberg dated January 20, 2014 re: Request Until 9:00 a.m. Thursday, January 23, 2014 to Respond to the Government's Submission. Document filed by Mathew Martoma. (Strassberg, Richard) (Entered: 01/20/2014) |
| 01/20/2014 | | Minute Entry for proceedings held before Judge Paul G. Gardephe: Jury Trial as to Mathew Martoma held on 1/20/2014. 1/20/14, Trial held, continued to 1/21/14 at 9:30 a.m. (ajc) (Entered: 01/22/2014) |
| 01/21/2014 | 220 | LETTER MOTION addressed to Judge Paul G. Gardephe from Richard M. Strassberg dated January 21, 2014 re: unpublished placebo data. Document filed by Mathew Martoma. (Strassberg, Richard) (Entered: 01/21/2014) |
| 01/21/2014 | 221 | LETTER MOTION addressed to Judge Paul G. Gardephe from Richard M. Strassberg dated January 21, 2014 re: use of prior consistent statements. Document filed by Mathew Martoma. (Strassberg, Richard) (Entered: 01/21/2014) |
| 01/21/2014 | | Minute Entry for proceedings held before Judge Paul G. Gardephe: Jury Trial as to Mathew Martoma held on 1/21/2014. 1/21/14, Trial held, continued to 1/22/14 at 10:00 a.m. (ajc) (Entered: 01/22/2014) |
| 01/22/2014 | | Minute Entry for proceedings held before Judge Paul G. Gardephe: Jury Trial as to Mathew Martoma held on 1/22/2014. Trial held, continued to 1/23/14 at 9:30 am. (ajc) (Entered: 01/29/2014) |
| 01/23/2014 | 222 | LETTER RESPONSE in Opposition by Mathew Martoma addressed to Judge Paul G. Gardephe from Richard M. Strassberg dated January 23, 2014 re: 216 LETTER MOTION addressed to Judge Paul G. Gardephe from USA dated January 20, 2014 re: Preclude Certain Expert Testimony *(attaching exhibits)*. LETTER MOTION addressed to Judge Paul G. Gardephe from USA dated January 20, 2014 re: Preclude Certain Expert Testimony *(attaching exhibits)*.. (Attachments: # 1 Exhibit A)(Strassberg, Richard) (Entered: 01/23/2014) |
| 01/23/2014 | | Minute Entry for proceedings held before Judge Paul G. Gardephe: Jury Trial as to Mathew Martoma held on 1/23/2014. Trial held, continued to 1/24/14 at 9:30 am. (ajc) (Entered: 01/29/2014) |
| 01/24/2014 | | Minute Entry for proceedings held before Judge Paul G. Gardephe: Jury Trial as to Mathew Martoma held on 1/24/2014. Trial held, continued to 1/27/14 at 9:30 a.m. (ajc) (Entered: 01/29/2014) |
| 01/26/2014 | 223 | LETTER by USA as to Mathew Martoma addressed to Judge Paul G. Gardephe from Arlo Devlin−Brown dated 1/26/2014 re: Contours of Expert Testimony Document filed by USA. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Devlin−Brown, Arlo) (Entered: 01/26/2014) |
| 01/26/2014 | 224 | LETTER MOTION addressed to Judge Paul G. Gardephe from Richard M. Strassberg dated January 26, 2014 re: to Allow Professor Gompers to Offer His Expert Opinion that the Market for Elan Securities was Overheated in June and July 2008. Document filed by Mathew Martoma. (Strassberg, Richard) (Entered: 01/26/2014) |
| 01/27/2014 | 225 | LETTER by Mathew Martoma addressed to Judge Paul G. Gardephe from Richard M. Strassberg dated January 27, 2014 re: Letter Requesting that the Government Disclose the Methodology Underlying Three Government Summary Exhibits (Strassberg, Richard) (Entered: 01/27/2014) |
| 01/27/2014 | 226 | LETTER MOTION addressed to Judge Paul G. Gardephe from USA dated Jan. 27, 2014 re: Opposition to Defense Letter Re Summary Witness. Document filed by USA as to Mathew Martoma. (Ingoglia, Eugene) (Entered: 01/27/2014) |
| 01/27/2014 | | Minute Entry for proceedings held before Judge Paul G. Gardephe: Jury Trial as to Mathew Martoma held on 1/27/2014. Trial held, continued to 1/28/14 at 9:30 a.m. (ajc) (Entered: 01/29/2014) |

| 01/28/2014 | | Minute Entry for proceedings held before Judge Paul G. Gardephe: Jury Trial as to Mathew Martoma held on 1/28/2014. Trial held, continued to 1/29/14 at 9:30 am. (ajc) (Entered: 01/29/2014) |
|---|---|---|
| 01/29/2014 | 227 | ORDER: As to Mathew Martoma. In this insider trading case, Defendant Mathew Martoma is charged with conspiracy to commit securities fraud in violation of 18 U.S.C. § 371, and with two counts of securities fraud in violation of 15 U.s.c. §§ 78j(b) and 78ff, 17 C.P.R. §§ 240.10b−5 and 240.l0b5−2, and 18 U.S.C. § 2. (Superseding Indictment (Dkt. No. 61)) Trial began on January 7,2014... For the reasons as set forth in this Order, the Government's motion in limine to exclude Professor Gompers's testimony that Elan stock was overheated in June and July 2008 is granted. The Government's motion to exclude Dr. Wisniewski's opinion that there is no meaningful difference between the information disclosed in the June 17, 2008 Elan press release and the final ICAD presentation is denied. All issues with respect to the Government's motion in limine having now been resolved, the Clerk of the Court is directed to terminate the motion and related motions (Dkt. Nos. 178,215,216,219,224). SO ORDERED. (Signed by Judge Paul G. Gardephe on 1/28/2014)(dnd) (Entered: 01/29/2014) |
| 01/29/2014 | | Minute Entry for proceedings held before Judge Paul G. Gardephe: Jury Trial as to Mathew Martoma held on 1/29/2014. Continued to 1/30/2014 at 9:30 a.m. (dnd) (Entered: 02/04/2014) |
| 01/30/2014 | | Minute Entry for proceedings held before Judge Paul G. Gardephe: Jury Trial as to Mathew Martoma held on 1/30/2014. Trial held, continued to 1/31/14 at 12:00 pm. (dnd) (Entered: 02/04/2014) |
| 01/31/2014 | 228 | LETTER MOTION addressed to Judge Paul G. Gardephe from Richard M. Strassberg dated January 31, 2014 re: Requested Instructions with this Court's Draft Jury Charge. Document filed by Mathew Martoma. (Strassberg, Richard) (Entered: 01/31/2014) |
| 01/31/2014 | 229 | JURY CHARGE in USA v. Mathew Martoma. Dated: February 4, 2014. (bw) (Entered: 02/03/2014) |
| 01/31/2014 | | Minute Entry for proceedings held before Judge Paul G. Gardephe: Jury Trial as to Mathew Martoma held on 1/31/2014. Trial held, Charge conference held. Continued to 2/3/14 at 9:30 a.m. (dnd) (Entered: 02/04/2014) |
| 02/03/2014 | | Minute Entry for proceedings held before Judge Paul G. Gardephe: Jury Trial as to Mathew Martoma held on 2/3/2014. Trial held, continued to 2/4/14 at 9:30 am. (jbo) (Entered: 02/11/2014) |
| 02/04/2014 | | Minute Entry for proceedings held before Judge Paul G. Gardephe: Jury Trial as to Mathew Martoma held on 2/4/2014. Trial held, continued to 2/5/14 at 9:30 pm. (jbo) (Entered: 02/11/2014) |
| 02/05/2014 | | Minute Entry for proceedings held before Judge Paul G. Gardephe: Jury Trial as to Mathew Martoma held on 2/5/2014. Trial held, 2/6/14 at 9:30 am. (jbo) (Entered: 02/11/2014) |
| 02/06/2014 | 230 | VERDICT FORM in USA v. Mathew Martoma, 12−Cr−973(PGG). Dated: February 6, 2014. (bw) (Entered: 02/06/2014) |
| 02/06/2014 | | Minute Entry for proceedings held before Judge Paul G. Gardephe: Jury Trial as to Mathew Martoma held on 2/6/2014. Trial held. The Jury returned a verdict of Guilty to counts 1, 2 and 3 of the indictment. (jbo) (Entered: 02/11/2014) |
| 02/06/2014 | | JURY VERDICT as to Mathew Martoma (1) Guilty on Count 1s,2s−3s, Mathew Martoma (1) Not Guilty on Count 1,2−3. (jbo) (Entered: 02/11/2014) |
| 02/07/2014 | 231 | ORDER as to Mathew Martoma. It is hereby ORDERED that briefing on any post−trial motion will proceed based on the following schedule: 1. Moving briefs will be submitted by February 27, 2014. 2. Opposition papers will be submitted by March 13, 2014. 3. Reply briefs, if any, will be submitted by March 20, 2014. It is further ORDERED that sentencing in this matter will take place on June 10, 2014 at 10:00 a.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Any submission on behalf of |

| | | |
|---|---|---|
| | | the Defendant is due May 13, 2014, and any response by the Government is due May 27, 2014. It is further ORDERED that the Probation Department prepare a presentence investigation report in this matter. SO ORDERED. (Signed by Judge Paul G. Gardephe on 2/7/2014)(bw) (Entered: 02/07/2014) |
| 02/19/2014 | 232 | TRANSCRIPT of Proceedings as to Mathew Martoma re: Trial held on 1/10/14 before Judge Paul G. Gardephe. Court Reporter/Transcriber: Alena Lynch (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/17/2014. Redacted Transcript Deadline set for 3/27/2014. Release of Transcript Restriction set for 5/23/2014. (McGuirk, Kelly) (Entered: 02/19/2014) |
| 02/19/2014 | 233 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Mathew Martoma. Notice is hereby given that an official transcript of a Trial proceeding held on 1/10/2014 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/19/2014) |
| 02/19/2014 | 234 | TRANSCRIPT of Proceedings as to Mathew Martoma re: Trial held on 1/13/2014 before Judge Paul G. Gardephe. Court Reporter/Transcriber: Vincent Bologna, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/17/2014. Redacted Transcript Deadline set for 3/27/2014. Release of Transcript Restriction set for 5/23/2014. (McGuirk, Kelly) (Entered: 02/19/2014) |
| 02/19/2014 | 235 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Mathew Martoma. Notice is hereby given that an official transcript of a Trial proceeding held on 1/13/2014 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/19/2014) |
| 02/19/2014 | 236 | TRANSCRIPT of Proceedings as to Mathew Martoma re: Trial held on 1/14/2014 before Judge Paul G. Gardephe. Court Reporter/Transcriber: Alena Lynch, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/17/2014. Redacted Transcript Deadline set for 3/27/2014. Release of Transcript Restriction set for 5/23/2014. (McGuirk, Kelly) (Entered: 02/19/2014) |
| 02/19/2014 | 237 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Mathew Martoma. Notice is hereby given that an official transcript of a Trial proceeding held on 1/14/14 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/19/2014) |
| 02/19/2014 | 238 | TRANSCRIPT of Proceedings as to Mathew Martoma re: Trial held on 1/15/2014 before Judge Paul G. Gardephe. Court Reporter/Transcriber: Vincent Bologna, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/17/2014. Redacted Transcript Deadline set for 3/27/2014. Release of Transcript Restriction set for 5/23/2014. (McGuirk, Kelly) (Entered: 02/19/2014) |

| 02/19/2014 | 239 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Mathew Martoma. Notice is hereby given that an official transcript of a Trial proceeding held on 1/15/14 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/19/2014) |
|---|---|---|
| 02/19/2014 | 240 | TRANSCRIPT of Proceedings as to Mathew Martoma re: Trial held on 1/16/2014 before Judge Paul G. Gardephe. Court Reporter/Transcriber: Vincent Bologna, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/17/2014. Redacted Transcript Deadline set for 3/27/2014. Release of Transcript Restriction set for 5/23/2014. (McGuirk, Kelly) (Entered: 02/19/2014) |
| 02/19/2014 | 241 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Mathew Martoma. Notice is hereby given that an official transcript of a Trial proceeding held on 1/16/2014 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/19/2014) |
| 02/19/2014 | 242 | TRANSCRIPT of Proceedings as to Mathew Martoma re: Trial held on 1/17/2014 before Judge Paul G. Gardephe. Court Reporter/Transcriber: Alena Lynch, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/17/2014. Redacted Transcript Deadline set for 3/27/2014. Release of Transcript Restriction set for 5/23/2014. (McGuirk, Kelly) (Entered: 02/19/2014) |
| 02/19/2014 | 243 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Mathew Martoma. Notice is hereby given that an official transcript of a Trial proceeding held on 1/17/2014 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/19/2014) |
| 02/19/2014 | 244 | TRANSCRIPT of Proceedings as to Mathew Martoma re: Trial held on 1/21/2014 before Judge Paul G. Gardephe. Court Reporter/Transcriber: Vincent Bologna, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/17/2014. Redacted Transcript Deadline set for 3/27/2014. Release of Transcript Restriction set for 5/23/2014. (McGuirk, Kelly) (Entered: 02/19/2014) |
| 02/19/2014 | 245 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Mathew Martoma. Notice is hereby given that an official transcript of a Trial proceeding held on 1/21/14 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/19/2014) |
| 02/19/2014 | 246 | TRANSCRIPT of Proceedings as to Mathew Martoma re: Trial held on 1/22/2014 before Judge Paul G. Gardephe. Court Reporter/Transcriber: Alena Lynch, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/17/2014. Redacted Transcript Deadline set for 3/27/2014. Release of Transcript Restriction set for 5/23/2014. (McGuirk, Kelly) (Entered: 02/19/2014) |

| 02/19/2014 | 247 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Mathew Martoma. Notice is hereby given that an official transcript of a Trial proceeding held on 1/22/2014 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/19/2014) |
|---|---|---|
| 02/19/2014 | 248 | TRANSCRIPT of Proceedings as to Mathew Martoma re: Trial held on 1/23/2014 before Judge Paul G. Gardephe. Court Reporter/Transcriber: Vincent Bologna, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/17/2014. Redacted Transcript Deadline set for 3/27/2014. Release of Transcript Restriction set for 5/23/2014. (McGuirk, Kelly) (Entered: 02/19/2014) |
| 02/19/2014 | 249 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Mathew Martoma. Notice is hereby given that an official transcript of a Trial proceeding held on 1/23/2014 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/19/2014) |
| 02/19/2014 | 250 | TRANSCRIPT of Proceedings as to Mathew Martoma re: Trial held on 1/24/14 before Judge Paul G. Gardephe. Court Reporter/Transcriber: Vincent Bologna, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/17/2014. Redacted Transcript Deadline set for 3/27/2014. Release of Transcript Restriction set for 5/23/2014. (McGuirk, Kelly) (Entered: 02/19/2014) |
| 02/19/2014 | 251 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Mathew Martoma. Notice is hereby given that an official transcript of a Trial proceeding held on 1/24/2014 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/19/2014) |
| 02/19/2014 | 252 | TRANSCRIPT of Proceedings as to Mathew Martoma re: Trial held on 1/24/14 corrected trial before Judge Paul G. Gardephe. Court Reporter/Transcriber: Vincent Bologna, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/17/2014. Redacted Transcript Deadline set for 3/27/2014. Release of Transcript Restriction set for 5/23/2014. (McGuirk, Kelly) (Entered: 02/19/2014) |
| 02/19/2014 | 253 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Mathew Martoma. Notice is hereby given that an official transcript of a Trial proceeding held on 1/24/14 corrected trial has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/19/2014) |
| 02/19/2014 | 254 | TRANSCRIPT of Proceedings as to Mathew Martoma re: Trial held on 1/27/14 before Judge Paul G. Gardephe. Court Reporter/Transcriber: Vincent Bologna, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/17/2014. Redacted Transcript Deadline set for 3/27/2014. Release of Transcript Restriction set for 5/23/2014. (McGuirk, Kelly) (Entered: 02/19/2014) |

| 02/19/2014 | 255 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Mathew Martoma. Notice is hereby given that an official transcript of a Trial proceeding held on 1/27/14 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/19/2014) |
|---|---|---|
| 02/19/2014 | 256 | TRANSCRIPT of Proceedings as to Mathew Martoma re: Trial held on 1/28/14 before Judge Paul G. Gardephe. Court Reporter/Transcriber: Alena Lynch, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/17/2014. Redacted Transcript Deadline set for 3/27/2014. Release of Transcript Restriction set for 5/23/2014. (McGuirk, Kelly) (Entered: 02/19/2014) |
| 02/19/2014 | 257 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Mathew Martoma. Notice is hereby given that an official transcript of a Trial proceeding held on 1/28/2014 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/19/2014) |
| 02/19/2014 | 258 | TRANSCRIPT of Proceedings as to Mathew Martoma re: Trial held on 1/29/2014 before Judge Paul G. Gardephe. Court Reporter/Transcriber: Vincent Bologna, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/17/2014. Redacted Transcript Deadline set for 3/27/2014. Release of Transcript Restriction set for 5/23/2014. (McGuirk, Kelly) (Entered: 02/19/2014) |
| 02/19/2014 | 259 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Mathew Martoma. Notice is hereby given that an official transcript of a Trial proceeding held on 1/29/2014 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/19/2014) |
| 02/19/2014 | 260 | TRANSCRIPT of Proceedings as to Mathew Martoma re: Trial held on 1/30/2014 before Judge Paul G. Gardephe. Court Reporter/Transcriber: Alena Lynch, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/17/2014. Redacted Transcript Deadline set for 3/27/2014. Release of Transcript Restriction set for 5/23/2014. (McGuirk, Kelly) (Entered: 02/19/2014) |
| 02/19/2014 | 261 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Mathew Martoma. Notice is hereby given that an official transcript of a Trial proceeding held on 1/30/2014 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/19/2014) |
| 02/19/2014 | 262 | TRANSCRIPT of Proceedings as to Mathew Martoma re: Trial held on 1/31/14 before Judge Paul G. Gardephe. Court Reporter/Transcriber: Alena Lynch, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/17/2014. Redacted Transcript Deadline set for 3/27/2014. Release of Transcript Restriction set for 5/23/2014. (McGuirk, Kelly) (Entered: 02/19/2014) |

| 02/19/2014 | 263 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Mathew Martoma. Notice is hereby given that an official transcript of a Trial proceeding held on 1/31/14 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/19/2014) |
|---|---|---|
| 02/19/2014 | | ***DELETED DOCUMENT. Deleted document number 264. "NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Mathew Martoma. Notice is hereby given that an official transcript of a Trial proceeding held on 2/3/2014 has been filed by the court reporter/transcriber in the above–captioned matter." The document was incorrectly filed in this case. [*** NOTE: This document was originally docketed on 2/19/2014 by (McGuirk, Kelly). Southern District Court Reporters Office requested the deletion of this docket entry on 2/19/2014. ***] (bw) (Entered: 02/19/2014) |
| 02/19/2014 | 264 | TRANSCRIPT of Proceedings as to Mathew Martoma re: Trial held on 2/3/14 before Judge Paul G. Gardephe. Court Reporter/Transcriber: Alena Lynch, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/17/2014. Redacted Transcript Deadline set for 3/27/2014. Release of Transcript Restriction set for 5/23/2014. (McGuirk, Kelly) (Entered: 02/19/2014) |
| 02/19/2014 | 265 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Mathew Martoma. Notice is hereby given that an official transcript of a Trial proceeding held on 2/3/2014 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/19/2014) |
| 02/19/2014 | 266 | TRANSCRIPT of Proceedings as to Mathew Martoma re: Trial held on 2/4/14 before Judge Paul G. Gardephe. Court Reporter/Transcriber: Alena Lynch, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/17/2014. Redacted Transcript Deadline set for 3/27/2014. Release of Transcript Restriction set for 5/23/2014. (McGuirk, Kelly) (Entered: 02/19/2014) |
| 02/19/2014 | 267 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Mathew Martoma. Notice is hereby given that an official transcript of a Trial proceeding held on 2/4/14 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/19/2014) |
| 02/19/2014 | 268 | TRANSCRIPT of Proceedings as to Mathew Martoma re: Trial held on 2/5/14 before Judge Paul G. Gardephe. Court Reporter/Transcriber: Vincent Bologna, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/17/2014. Redacted Transcript Deadline set for 3/27/2014. Release of Transcript Restriction set for 5/23/2014. (McGuirk, Kelly) (Entered: 02/19/2014) |
| 02/19/2014 | 269 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Mathew Martoma. Notice is hereby given that an official transcript of a Trial proceeding held on 2/5/2014 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/19/2014) |

| 02/27/2014 | 270 | MOTION for Acquittal *or, Alternatively*., MOTION for New Trial. Document filed by Mathew Martoma. (Strassberg, Richard) (Entered: 02/27/2014) |
|---|---|---|
| 02/27/2014 | 271 | MEMORANDUM in Support by Mathew Martoma re 270 MOTION for Acquittal *or, Alternatively*. MOTION for New Trial.. (Attachments: # 1 Appendix A, # 2 Appendix B)(Strassberg, Richard) (Entered: 02/27/2014) |
| 03/03/2014 | 272 | SEALED DOCUMENT placed in vault. (mps) (Entered: 03/03/2014) |
| 03/03/2014 | 273 | SEALED DOCUMENT placed in vault. (mps) (Entered: 03/03/2014) |
| 03/04/2014 | 274 | LETTER by USA as to Mathew Martoma addressed to Judge Paul G. Gardephe from USA dated 3/4/2014 re: bail modification on consent Document filed by USA. (Ingoglia, Eugene) (Entered: 03/04/2014) |
| 03/05/2014 | 275 | MANDATE of USCA (certified copy) as to Mathew Martoma USCA Case Number 13–4807. Defendant–Appellant Mathew Martoma appeals from an interlocutory order of the United States District Court for the Southern District of New York (Paul G. Gardephe, Judge), dated December 28, 2013, denying Martoma's request that certain motions in limine concerning the admissibility of prior–act evidence be filed under seal and that the courtroom be closed when the motions in limine are discussed. Martoma moves for a stay of the district court's decision pending appeal, and for leave to file his appeal and associated motions under seal. The Government opposes Martoma's motions and moves to dismiss the appeal for want of jurisdiction. For the reasons that follow, the Government's motion is GRANTED, and the appeal is DISMISSED. Martoma's motion to stay is therefore DENIED as moot. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit, Clerk USCA. Issued As Mandate: 03/05/2014. (nd) (Entered: 03/05/2014) |
| 03/05/2014 | 276 | MEMO ENDORSEMENT as to (12–Cr–973–01) Mathew Martoma on 274 LETTER addressed to Judge Paul G. Gardephe from AUSAs Arlo Devlin–Brown, Eugene Ingoglia, dated March 4, 2014 re: bail modification on consent. The Government writes to respectfully propose a revised bail package for your consideration in the above–captioned matter. In light of the Defendant's conviction and the potential criminal forfeiture of assets used to secure the bond, the parties jointly propose the following bail modifications: 1) Pretrial services reporting should be increased to once weekly; and, 2) The existing PRB should be signed by two additional co–signers. The Government has approved Lizzy Rachel Thomas, the Defendant's mother, and Philip Sanju Martoma, the Defendant's brother, as co–signers. ENDORSEMENT: SO ORDERED. (Signed by Judge Paul G. Gardephe on 3/5/2014)(bw) (Entered: 03/05/2014) |
| 03/12/2014 | 277 | LETTER by USA as to Mathew Martoma addressed to Judge Paul G. Gardephe from USA dated March 12, 2014 re: requested adjustment to briefing schedule Document filed by USA. (Ingoglia, Eugene) (Entered: 03/12/2014) |
| 03/12/2014 | 278 | ENDORSED LETTER as to Mathew Martoma addressed to Judge Paul G. Gardephe from Arlo Devlin–Brown and Eugene Ingoglia dated 3/12/14 re: The parties request that the date by which the Government's response must be filed be extended.ENDORSEMENT: SO ORDERED (Defense Replies due by 4/4/2014., Government Responses due by 3/21/2014) (Signed by Judge Paul G. Gardephe on 3/12/2014)(jw) (Entered: 03/13/2014) |
| 03/21/2014 | 279 | MEMORANDUM in Opposition by USA as to Mathew Martoma re 270 MOTION for Acquittal *or, Alternatively*. MOTION for New Trial.. (Devlin–Brown, Arlo) (Entered: 03/21/2014) |
| 03/24/2014 | 280 | ENDORSED LETTER as to Mathew Martoma addressed to Judge Paul G. Gardephe from Richard M. Strassberg dated 3/21/14 re: Requesting a temporary modification of his terms of release to allow him to travel to see his family living in the Chicago area from May 15, 2014 through May 19, 2014. During this time, Mr. Martoma would only be traveling to Chicago and other immediately surrounding areas located in Illinois to attend a family wedding..ENDORSEMENT: SO ORDERED. (Signed by Judge Paul G. Gardephe on 3/21/14)(jw) (Entered: 03/24/2014) |

| 03/28/2014 | 281 | ENDORSED LETTER as to Mathew Martoma addressed to Judge Paul G. Gardephe from Richard M. Strassberg dated 3/26/2014 re: Accordingly, pursuant to Paragraph 1 of the Protective Order, Mr. Martoma, with the consent of the USAO, seeks relief to allow the production of certain documents agreed upon by Mr. Martoma and the USAO, to the Kaplan plaintiffs. It is understood that the Kaplan plaintiffs would be strictly bound to the terms of the Protective Order, consistent with paragraph 3, which provides that recipients of confidential information "shall be subject to the terms of this Order.ENDORSEMENT: The Application is granted. SO ORDERED. (Signed by Judge Paul G. Gardephe on 3/28/2014)(jw) (Entered: 03/28/2014) |
|---|---|---|
| 04/03/2014 | 282 | AMENDED MEMORANDUM OF LAW in Opposition by USA as to Mathew Martoma re: 270 MOTION for Acquittal *or, Alternatively*. MOTION for New Trial. filed by Mathew Martoma. (Ingoglia, Eugene) (Entered: 04/03/2014) |
| 04/04/2014 | 283 | REPLY MEMORANDUM OF LAW in Support as to Mathew Martoma re: 270 MOTION for Acquittal *or, Alternatively*. MOTION for New Trial.. (Strassberg, Richard) (Entered: 04/04/2014) |
| 05/09/2014 | 284 | ENDORSED LETTER as to Mathew Martoma addressed to Judge Paul G. Gardephe from Richard M. Strassberg dated 5/8/2014 re: We write to request a short extension of time for the submission of our sentencing memorandwn on Mr. Martoma's behalf. As Your Honor is aware, sentencing in this case is currently scheduled for Tuesday, June 10, 2014 at 10:00am. Specifically, we respectfully request an extension of the deadline to file Mr. Martoma's sentencing memorandum to one week from the date that the Initial Presentence Report is served. We have conferred with the Government and they consent to this request. Consistent with Mr. Martoma's requested extension, the Government requests that any response be due two weeks after Mr. Martoma files his memorandum. Mr. Martoma consents to this request..ENDORSEMENT: SO ORDERED. (Signed by Judge Paul G. Gardephe on 5/8/14)(jw) (Entered: 05/09/2014) |
| 05/21/2014 | 285 | ENDORSED LETTER as to Mathew Martoma addressed to Judge Paul G. Gardephe from Richard M. Strassberg dated 5/21/14 re: To request a very short extension of the deadline for the submission of our sentencing memorandum on Mr. Martoma's behalf.ENDORSEMENT: The Application is granted. SO ORDERED. (Signed by Judge Paul G. Gardephe on 5/21/14)(jw) (Entered: 05/21/2014) |
| 05/27/2014 | 286 | SENTENCING SUBMISSION by Mathew Martoma. (Attachments: # 1 Ex 1–10, # 2 Ex 11–20, # 3 Ex 21–30, # 4 Ex 31–39, # 5 Ex 40–49, # 6 Ex 50–64, # 7 Ex 65–72a, # 8 Ex 73–89, # 9 Ex 90–99, # 10 Ex 100–105, # 11 Ex 106–114, # 12 Ex 115–116, # 13 Ex 117–125, # 14 Ex 126–145, # 15 Ex 146–149, # 16 Ex 150–165, # 17 Ex 166–177)(Strassberg, Richard) (Entered: 05/27/2014) |
| 05/28/2014 | 287 | SENTENCING SUBMISSION by Mathew Martoma. (Attachments: # 1 Exhibits 1–10, # 2 Exhibits 11–20, # 3 Exhibits 21–30, # 4 Exhibits 31–39, # 5 Exhibits 40–49, # 6 Exhibits 50–64, # 7 Exhibits 65–72a, # 8 Exhibits 73–89, # 9 Exhibits 90–99, # 10 Exhibits 100–105, # 11 Exhibits 106–114, # 12 Exhibits 115–116, # 13 Exhibits 117–125, # 14 Exhibits 126–145, # 15 Exhibits 146–149, # 16 Exhibits 150–165, # 17 Exhibits 166–177)(Strassberg, Richard) (Entered: 05/28/2014) |
| 05/30/2014 | 288 | LETTER by USA as to Mathew Martoma addressed to Judge Paul G. Gardephe from Arlo Devlin–Brown dated May 30, 2014 re: sentencing date Document filed by USA. (Devlin–Brown, Arlo) (Entered: 05/30/2014) |
| 06/06/2014 | 289 | ORDER as to Mathew Martoma ( Sentencing set for 7/28/2014 at 10:00 AM in Courtroom 705, 40 Centre Street, New York, NY 10007 before Judge Paul G. Gardephe.) It is hereby ORDERED that the sentencing of Defendant Mathew Martoma presently scheduled for June 10, 2014 will take place on Monday, July 28, 2014 at 10:00 a.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. (Signed by Judge Paul G. Gardephe on 6/6/2014)(jw) (Entered: 06/06/2014) |
| 06/10/2014 | 290 | LETTER by USA as to Mathew Martoma addressed to Judge Paul G. Gardephe from Arlo Devlin–Brown dated June 10, 2014 re: proposed schedule for |

| | | submission of Government's sentencing submission Document filed by USA. (Devlin–Brown, Arlo) (Entered: 06/10/2014) |
|---|---|---|
| 06/11/2014 | 292 | MEMO ENDORSEMENT as to Mathew Martoma on re: 290 LETTER by USA addressed to Judge Paul G. Gardephe from AUSA Arlo Devlin–Brown dated June 10, 2014 re: proposed schedule for submission of Government's sentencing submission. The Government writes to respectfully request an extension of the date by which it must file its sentencing memorandum in the above–referenced matter, to June 27, 2014. ENDORSEMENT: The Application is granted. SO ORDERED: (Signed by Judge Paul G. Gardephe on 6/10/2014)(bw) (Entered: 06/11/2014) |
| 06/27/2014 | 293 | SENTENCING SUBMISSION by USA as to Mathew Martoma. (Ingoglia, Eugene) (Entered: 06/27/2014) |
| 07/23/2014 | 294 | LETTER by Mathew Martoma addressed to Judge Paul G. Gardephe from Richard M. Strassberg dated June 9, 2014 re: adjornment of sentencing date (Strassberg, Richard) (Entered: 07/23/2014) |
| 07/24/2014 | 295 | ORDER as to Mathew Martoma. It is hereby ORDERED that the sentencing of Defendant Mathew Martoma presently scheduled for July 28, 2014 will take place on Monday, September 8, 2014 at 3:00 p.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. SO ORDERED. (Signed by Judge Paul G. Gardephe on 7/23/2014)(bw) (Entered: 07/24/2014) |
| 08/04/2014 | 296 | ORDER as to Mathew Martoma. Sentencing in this matter is scheduled for September 8, 2014. In their sentencing submissions, neither the Government nor defense counsel has addressed the appropriate amount of forfeiture. (See Govt. Br. (Dkt. No. 293); Def. Br. (Dkt. No. 287)) The Government has also not responded to Martoma's argument that no fine should be imposed. (See Def. Br. (Dkt. No. 287) at 77–80) Accordingly, it is hereby ORDERED that by August 11, 2014, the Government shall provide a written submission to this Court setting forth the Government's position as to fine and forfeiture. It is further ORDERED that Martoma will provide any written response addressing these issues by August 21, 2014. (Signed by Judge Paul G. Gardephe on 8/1/14)(jw) (Entered: 08/04/2014) |
| 08/11/2014 | 297 | Sentencing Letter by USA as to Mathew Martoma addressed to Hon. Paul G. Gardephe from USA dated August 11, 2014 re: Forfeiture/Fine. (Attachments: # 1 Application for Order of Forfeiture, # 2 Exhibit A to Application, # 3 Exhibit B to Application, # 4 Exhibit C to Application)(Ingoglia, Eugene) (Entered: 08/11/2014) |
| 08/12/2014 | 298 | NOTICE OF ATTORNEY APPEARANCE Christine Ingrid Magdo appearing for USA. (Magdo, Christine) (Entered: 08/12/2014) |
| 08/14/2014 | 299 | LETTER by Mathew Martoma addressed to Judge Paul G. Gardephe from Richard M. Strassberg dated August 14, 2014 re: Supplemental Authority and Argument in Further Support of Mr. Martoma's Renewed Motion for a Judgment of Acquittal or, alternatively, for a New Trial (Attachments: # 1 Exhibit C, # 2 Exhibit D)(Strassberg, Richard) (Entered: 08/14/2014) |
| 08/14/2014 | 300 | DECLARATION of Richard M. Strassberg by Mathew Martoma re: 299 Letter, filed by Mathew Martoma. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Strassberg, Richard) (Entered: 08/14/2014) |
| 08/21/2014 | 301 | SUPPLEMENTAL MEMORANDUM OF LAW in Support by Mathew Martoma re: 287 Sentencing Submission, filed by Mathew Martoma . (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhibit AA, # 28 Exhibit BB, # 29 Exhibit CC, # 30 Exhibit DD, # 31 Exhibit EE, # 32 Exhibit FF, # 33 Exhibit GG, # 34 Exhibit HH, # 35 Exhibit II, # 36 Exhibit JJ, # 37 Exhibit KK, # 38 Exhibit LL, # 39 Exhibit MM, # 40 Exhibit NN, # 41 Exhibit OO, # 42 Exhibit PP, # 43 Exhibit QQ, # 44 Exhibit RR, # 45 Exhibit SS, # 46 Exhibit TT, # 47 Exhibit UU, # 48 Exhibit VV, # 49 Exhibit WW, # 50 Exhibit |

| | | |
|---|---|---|
| | | XX)(Strassberg, Richard) (Entered: 08/21/2014) |
| 09/04/2014 | 302 | ORDER as to Mathew Martoma. It is hereby ORDERED that the sentencing of Defendant Mathew Martoma presently scheduled for Monday, September 8, 2014 at 3:00 p.m. in Courtroom 705 will take place in Courtroom 110 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. (Sentencing set for 9/8/2014 at 03:00 PM before Judge Paul G. Gardephe.) (Signed by Judge Paul G. Gardephe on 9/3/2014)(ft) (Entered: 09/04/2014) |
| 09/04/2014 | 303 | MEMORANDUM OPINION &ORDER #104704 as to Mathew Martoma re: 270 MOTION for Acquittal or, Alternatively MOTION for New Trial filed by Mathew Martoma. For the reasons stated above, Martoma's motion for a judgment of acquittal or, alternatively, for a new trial, is denied. Sentencing will proceed as scheduled on September 8, 2014, at 3:00p.m. (Signed by Judge Paul G. Gardephe on 9/4/14)(jw) Modified on 9/11/2014 (ca). (Entered: 09/04/2014) |
| 09/05/2014 | 304 | LETTER by Mathew Martoma addressed to Judge Paul G. Gardephe from Richard M. Strassberg dated September 5, 2014 re: response to the Government's August 11, 2014 submission. (Strassberg, Richard) (Entered: 09/05/2014) |
| 09/05/2014 | 305 | MEMO ENDORSEMENT as to Mathew Martoma on re: 304 Letter filed by Mathew Martoma. Accordingly, Mr. Martoma respectfully submits that the amount subject to forfeiture is limited to $6,505,181.50, the amount that he actually received from his 2008 bonus...ENDORSEMENT..The Government is directed to respond to this letter by 10:00am on September 8, 2014. (Signed by Judge Paul G. Gardephe on 9/5/2014)(jw) (Entered: 09/05/2014) |
| 09/05/2014 | | Set/Reset Deadlines/Hearings as to Mathew Martoma:Government Responses due by 9/8/2014 by 10:00am. (jw) (Entered: 09/05/2014) |
| 09/08/2014 | 306 | MEMORANDUM OPINION &ORDER #104729 as to (12–Cr–973–01) Mathew Martoma. On February 6, 2014 – after a month–long trial – a jury convicted Defendant Mathew Martoma of conspiracy to commit securities fraud, in violation of 18 U.S.C. § 371, and of two substantive counts of securities fraud, in violation of 15 U.S.C. §§ 78j(b) and 78ff, 17 C.F.R. §§ 240.10b–5 and 240.10b5–2, and 18 U.S.C. § 2. The Superseding Indictment charges that between summer 2006 and July 29, 2008, Martoma caused his employer, the hedge fund S.A.C. Capital Advisors, LLC ("SAC Capital"), to trade on the basis of material non–public information. (Superseding Indictment (Dkt. No. 61) Paragraphs 1, 8, 14) The evidence at trial showed that Martoma obtained material, non–public information from two doctors – Sidney Gilman and Joel Ross – about the Phase II clinical trial of bapineuzumab, a drug it was thought might be useful in treating Alzheimer's disease. Elan Corporation, plc ("Elan") and Wyeth owned rights to the drug and were responsible for the clinical trial. The charges against Martoma relate to trading in the securities of these companies. Sentencing is scheduled for September 8, 2014. This opinion addresses Martoma's objections to the calculation of gain under U.S.S.G. §§ 2B1.4 and 2B1.1(b) as set forth in the U.S. Probation Office's June 3, 2014 Pre–Sentence Report ("PSR")....[See this Memorandum Opinion &Order]... CONCLUSION: The amount of illicit "gain" attributable to Martoma for purposes of the Sentencing Guidelines is more than $200 million but less than $400 million. Accordingly, a 28–level enhancement under U.S.S.G. §§ 2B1.4 and 2B1.1(b)(1)(O) is appropriate. The Probation Office's Presentence Report properly concludes that the applicable range under the Sentencing Guidelines is 188 to 235 months' imprisonment. See U.S.S.G. Sentencing Table, Ch. 5, Pt. A; (PSR Paragraph 85). SO ORDERED. (Signed by Judge Paul G. Gardephe on 9/5/2014)(bw) Modified on 9/11/2014 (ca). Modified on 9/11/2014 (ca). Modified on 9/17/2014 (ca). (Entered: 09/08/2014) |
| 09/08/2014 | 307 | Sentencing Letter by USA as to Mathew Martoma addressed to Judge Paul G. Gardephe from Christine Magdo dated Spetember 8, 2014 re: Forfeiture of Martoma's bonus. (Devlin–Brown, Arlo) (Entered: 09/08/2014) |
| 09/08/2014 | | Minute Entry for proceedings held before Judge Paul G. Gardephe: Sentencing held on 9/8/2014 for Mathew Martoma (1) Count 1s,2s–3s. (dnd) (Entered: 09/09/2014) |

| 09/08/2014 | | Minute Entry for proceedings held before Judge Paul G. Gardephe: Sentencing held on 9/8/2014 for Mathew Martoma (1) Count 1s,2s−3s. Sentence held. Defendant Martoma present with attorney Richard Strassberg. AUSA Arlo Devlin−Brown present. Court reporter Vincent Bologna present. See Judgment for terms of sentence. (ajc) (Entered: 09/10/2014) |
|---|---|---|
| 09/09/2014 | 308 | Letter by Mathew Martoma addressed to Judge Paul Gardephe from David Weisman dated 2/12/14 re: I would ask you to think of the families and the subjects behind the data and consider how Martoma corrupted and used their good deeds. (jw) (Entered: 09/09/2014) |
| 09/09/2014 | 309 | Sentencing Letter by Mathew Martoma addressed to Judge Paul Gardephe dated 5/29/14 re: Defendant's sentencing. (jw) (Entered: 09/09/2014) |
| 09/09/2014 | 310 | Sentencing Letter by Mathew Martoma addressed to Judge Paul Gardephe from Lance M. Bredvold dated 5/31/2014 re: Regarding Martoma sentencing. (jw) (Entered: 09/09/2014) |
| 09/09/2014 | 311 | Sentencing Letter by Mathew Martoma addressed to Judge Paul Gardephe from Georgia and James Demorest dated 6/4/2014 re: Regarding sentencing. (jw) (Entered: 09/09/2014) |
| 09/09/2014 | 312 | Sentencing Letter by Mathew Martoma addressed to Judge Paul Gardephe from Justice For All (JFA America) dated 6/28/14 re: Petition on Behalf of Mathew Martoma's Sentencing. (jw) (Entered: 09/09/2014) |
| 09/09/2014 | 313 | Sentencing Letter by Mathew Martoma addressed to Mr. Castellano from Laura Taylor Swain dated 5/27/14 re: I received your letter concerning a claim for losses in connection with United States v_ Matthew Martoma, 12 Cr. 973 (PGG). I am forwarding your letter to Judge Gardephe who presided over that trial, and to the Victim and Witness Services Coordinator at the Office of the United States Attorney for the Southern District of New York (jw) (Entered: 09/09/2014) |
| 09/09/2014 | 314 | Sentencing Letter by Mathew Martoma addressed to Judge Paul Gardephe from Thomas Koovailoor dated 8/26/14 re: Request to Free Matthew Martoma (jw) (Entered: 09/09/2014) |
| 09/09/2014 | | DISMISSAL OF COUNTS on Government Motion as to Mathew Martoma (1) Count 1,2−3. (dnd) (Entered: 09/09/2014) |
| 09/09/2014 | 315 | JUDGMENT as to Mathew Martoma (1), Count(s) 1, 2−3, Dismissed; Count(s) 1s, Imprisonment 5 Years. Count(s) 2s−3s, Imprisonment 9 Years to run concurrently. Supervised Release 3 Years on each of Counts One, Two and Three to run concurrently. The court makes the following recommendations to the Bureau of Prisons: It is recommended that the defendant be housed at the Federal Prison Camp in Miami, Florida. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:before 2 p.m. on 11/10/2014. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. The defendant shall cooperate in the collection of DNA as directed by the probation officer.The defendant is to pay an assessment fee of $300.00 due immediately. (Signed by Judge Paul G. Gardephe on 9/9/2014)(dnd) (Entered: 09/09/2014) |
| 09/09/2014 | 316 | PRELIMINARY ORDER OF FORFEITURE AS TO SPECIFIC PROPERTIES/MONEY JUDGMENT as to Mathew Martoma. For the reasons as set forth in this Order, NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT: As a result of the offenses charged in Counts One through Three of the Indictment, of which the Defendant was found guilty, a money judgment in the amount of $9,380,322 in United States currency (the "Money Judgment") shall be entered against the Defendant... The Clerk of the Court shall forward three certified copies of this Preliminary Order of Forfeiture as to Specific Properties/Money Judgment to Assistant United States Attorney Sharon Cohen Levin, Chief of the Money Laundering and Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007. SO ORDERED. (Signed by Judge Paul G. Gardephe on 9/8/2014)(dnd) (Entered: 09/09/2014) |
| 09/11/2014 | 317 | LETTER concerning USA v. Mathew Martoma addressed to Judge Paul G. Gardephe from William and Marlys Powell dated July 23, 2014 re: Victim Impact |

| | | |
|---|---|---|
| | | Statement – Mathew Martoma Insider Trading Case. (bw) (Entered: 09/11/2014) |
| 09/17/2014 | 318 | TRANSCRIPT of Proceedings as to Mathew Martoma re: Sentence held on 9/8/2014 before Judge Paul G. Gardephe. Court Reporter/Transcriber: Vincent Bologna, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/14/2014. Redacted Transcript Deadline set for 10/23/2014. Release of Transcript Restriction set for 12/19/2014. (McGuirk, Kelly) (Entered: 09/17/2014) |
| 09/17/2014 | 319 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Mathew Martoma. Notice is hereby given that an official transcript of a Sentence proceeding held on 9/8/2014 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 09/17/2014) |
| 09/18/2014 | 320 | NOTICE OF APPEAL by Mathew Martoma from 315 Judgment. Filing fee $ 505.00, receipt number 465401105454. (tp) (Entered: 09/19/2014) |
| 09/19/2014 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to Mathew Martoma to US Court of Appeals re: 320 Notice of Appeal – Final Judgment. (tp) (Entered: 09/19/2014) |
| 09/19/2014 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files *(ONLY)* as to Mathew Martoma re: 320 Notice of Appeal – Final Judgment were transmitted to the U.S. Court of Appeals. *(APPELLANT'S COUNSEL IS RESPONSIBLE FOR THE PHYSICAL SUPPLEMENTAL INDEX FOR ANY AND ALL NON–ECF DOCUMENTS, ONCE THE CASE IS OPENED IN THE SECOND CIRCUIT)* (tp) (Entered: 09/19/2014) |