# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: United States of America v. Mathew Martoma     Docket No.: 14-3599-cr

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Paul D. Clement

Firm: Bancroft PLLC

Address: 1919 M Street, NW, Suite 470, Washington, DC 20036

Telephone: (202) 234-0090     Fax: (202) 234-2806

E-mail: pclement@bancroftpllc.com

Appearance for: Mathew Martoma/Defendant – Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Richard M. Strassberg/Goodwin Procter LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on November 5, 2010     OR

☐ I applied for admission on _____ .

Signature of Counsel: s/Paul D. Clement

Type or Print Name: Paul D. Clement