**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: United States of America v. Mathew Martoma        Docket No.: 14-3599-cr

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Harker Rhodes

Firm: Bancroft PLLC

Address: 1919 M Street, NW, Suite 470, Washington, DC 20036

Telephone: (202) 234-0090        Fax: (202) 234-2806

E-mail: hrhodes@bancroftpllc.com

Appearance for: Mathew Martoma/Defendant – Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Richard M. Strassberg/Goodwin Procter LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☑ I applied for admission on October 28, 2014.

Signature of Counsel: s/Harker Rhodes

Type or Print Name: Harker Rhodes