# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** United States of America v. Martoma  **Docket No.:** 14-3599

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Alexandra A.E. Shapiro

**Firm:** Shapiro, Arato & Isserles LLP

**Address:** 500 Fifth Avenue, 40th Floor, New York, NY  10110

**Telephone:** 212-257-4881  **Fax:** 212-202-6417

**E-mail:** ashapiro@shapiroarato.com

**Appearance for:** Mathew Martoma/Defendant-Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Richard M. Strassberg/Goodwin Procter LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on June 10, 2014   OR

☐ I applied for admission on _____ .

**Signature of Counsel:** s/ Alexandra A.E. Shapiro

**Type or Print Name:** Alexandra A.E. Shapiro