**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: United States of America v. Martoma   Docket No.: 14-3599

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Eric S. Olney

Firm: Shapiro, Arato & Isserles LLP

Address: 500 Fifth Avenue, 40th Floor, New York, NY 10110

Telephone: 212-257-4884   Fax: 212-202-6417

E-mail: eolney@shapiroarato.com

Appearance for: Mathew Martoma/Defendant-Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Richard M. Strassberg/Goodwin Procter LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: s/ Eric S. Olney

Type or Print Name: Eric S. Olney