# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** United States of America v. Mathew Martoma         **Docket No.:** 14-3599-cr

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Paul D. Clement

**Firm:** Bancroft PLLC

**Address:** 1919 M Street, NW, Suite 470, Washington, DC 20036

**Telephone:** (202) 234-0090     **Fax:** (202) 234-2806

**E-mail:** pclement@bancroftpllc.com

**Appearance for:** Mathew Martoma/Defendant – Appellant
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: Richard M. Strassberg/Goodwin Procter LLP )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on November 5, 2010      OR

☐ I applied for admission on _____ .

**Signature of Counsel:** s/Paul D. Clement

**Type or Print Name:** Paul D. Clement