NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: United States v. Mathew Martoma        Docket No.: 14-3599

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Arlo Devlin-Brown

Firm: United States Attorney's Office for the Southern District of New York

Address: One St. Andrew's Plaza

Telephone: (212) 637-2506        Fax: (212) 637-4051

E-mail: arlo.devlin-brown@usdoj.gov

Appearance for: United States of America/, Appellee
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Michael A. Levy/U.S. Attorney's Office for the Southern District of New York )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on August 24, 2011        OR

☐ I applied for admission on _____ .

Signature of Counsel: [signature]

Type or Print Name: Arlo Devlin-Brown