# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of November, two thousand and fourteen.

Before:     Ralph K. Winter,
                *Circuit Judge*.

_____

  United States of America,
    Appellee,

                                   **ORDER**
  v.                                        Docket No. 14-3599

  Mathew Martoma,
    Defendant-Appellant.

_____

    Appellant moves for an extension of time until February 2, 2015 to file his principal brief and appendix.

    IT IS HEREBY ORDERED that the motion is GRANTED. No further extensions will be granted.

                                                           For the Court:
                                                           Catherine O'Hagan Wolfe,
                                                           Clerk of Court

