

October 6, 2015

**VIA E-FILING**

Catherine O'Hagan Wolfe
Clerk of Court
Office of the Clerk
United States Court of Appeals for the Second Circuit

    Re:    *United States of America v. Martoma*, No. 14-3599

Dear Ms. Wolfe:

    On September 1, 2015, this Court granted Defendant-Appellant's motion for continuance of this appeal pending the Supreme Court's resolution of certiorari-stage and any merits-stage proceedings in *United States v. Newman*, No. 15-137 (U.S. July 30, 2015). On October 5, 2015, the Supreme Court denied certiorari in *Newman*. Defendant-Appellant thus requests that this appeal be set again for oral argument. Attached is an updated oral argument statement form that lists dates that Defendant-Appellant's arguing counsel is unavailable for oral argument.

                                                                   Respectfully submitted,

                                                                   s/Paul D. Clement

| | |
|---|---|
| ALEXANDRA A.E. SHAPIRO | PAUL D. CLEMENT |
| ERIC S. OLNEY | *Counsel of Record* |
| SHAPIRO, ARATO & | ERIN M. MURPHY |
| ISSERLES LLP | BANCROFT PLLC |
| 500 FIFTH AVENUE, 40TH FLOOR | 500 New Jersey Avenue, NW |
| NEW YORK, NEW YORK 10110 | Seventh Floor |
| 212-257-4880 | Washington, DC 20001 |
| | 202-234-0090 |
| | pclement@bancroftpllc.com |

                                        *Counsel for Defendant-Appellant*

cc: Counsel of Record (by CM/ECF)

## CERTIFICATE OF SERVICE

I hereby certify that, on October 6, 2015, an electronic copy of the foregoing was filed with the Clerk of Court using the ECF system and thereby served upon all counsel of record.

s/Paul D. Clement
Paul D. Clement
