

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 20, 2016

**BY CM/ECF**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

>  Re: **United States v. Martoma**
>       **Docket No. 14-3599**

Dear Ms. Wolfe,

    Oral argument was held in this case on October 28, 2015, before a panel consisting of Chief Judge Katzmann and Circuit Judges Pooler and Chin. At that argument, as in his brief, Martoma asserted that his insider trading conviction should be vacated as a result of this Court's decision in *United States* v. *Newman*, 773 F.3d 438 (2d Cir. 2014), which narrowed the definition of what will satisfy the personal benefit element of an insider trading offense.

    The Government writes to call to the Court's attention that on January 19, 2016, the Supreme Court granted a petition for a writ of certiorari in a case in which the answer to the question presented seems likely to bear directly on this issue. Specifically, the Supreme Court granted the petition in *Salman* v. *United States*, on the following question presented by the petitioner:

> Does the personal benefit to the insider that is necessary to establish insider trading under *Dirks v. SEC*, 463 U.S. 646 (1983), require proof of "an exchange that is objective, consequential, and represents at least a potential gain of a pecuniary or similarly valuable nature," as the Second Circuit held in *United States v. Newman*, 773 F.3d 438 (2d Cir. 2014), *cert. denied*, No. 15-137 (U.S. Oct. 5, 2015), or is it enough that the insider and the tippee shared a close family relationship, as the Ninth Circuit held in this case?

*See Salman* v. *United States*, No. 15-628, Pet. for Writ of Certiorari, 2015 WL 7180648 (Nov. 10, 2015); *see also United States* v. *Salman*, 792 F.3d 1087 (9th Cir. 2015).

Catherine O'Hagan Wolfe, Clerk of Court
January 20, 2016

       The Government writes to ensure that the Court is aware of this development.

                Respectfully submitted,

                PREET BHARARA
                United States Attorney
                Southern District of New York

                /s/ Michael A. Levy
                Arlo Devlin-Brown
                Megan Gaffney
                Michael A. Levy
                Assistant United States Attorneys

cc:     All Defense Counsel (by ECF)