S.D.N.Y.
12-cr-973
Gardephe, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of December, two thousand sixteen.

Present:
> Robert A. Katzmann,
> > *Chief Judge*,
> Rosemary S. Pooler,
> Denny Chin,
> > *Circuit Judges*.

---

United States of America,

> *Appellee*,

v.                          No. 14-3599

Mathew Martoma

> *Defendant-Appellant*.

---

In light of the Supreme Court's decision in *Salman v. United States*, -- S. Ct. --, 2016 WL 7078448 (Dec. 6, 2016), it is hereby ORDERED that each party shall submit a letter brief, not to exceed fifteen (15) single-spaced pages, limited to the issue of how *Salman v. United States* applies to this case. The parties shall submit their briefs concurrently by no later than 5:00 p.m. on January 6, 2016. The parties shall file any simultaneous reply briefs, not to exceed seven (7) single-spaced pages, by no later than 5:00 p.m. on January 17, 2016.

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk

